



**: C.-S.-S.-C.-P.-S.-G.-P. FLAG OF THIS DOCUMENT-POSTAL-VESSEL-COURT-VENUE.**

**[: IN THE UNITED STATES DISTRICT COURT:]**
**[: FOR THE DISTRICT OF OREGON:]**
**[: DIVISION OF EUGENE:]**

[: Claimant: James-Brent: Alvarez:] (a man)
[: c/o 30924 Kenady Lane:]
[: Cottage Grove, Republic of Oregon [97424]:]

----------Vs----------------

[: University of Oregon:] (an Oregon Municipality)
[: 1226 University of Oregon:]
[: Eugene, Oregon 7403-1226:]

          &amp;

[: U. of O. Police Department:]
(an Oregon Municipality)
[: 2141 E. 15th Avenue:]
[: Eugene, Oregon 97403:]

          &amp;

[: Luke Sitts:] (an individual)
[: 2141 E. 15th Avenue:]
[: Eugene, Oregon 97403:]

          &amp;

[: Geri Brooks:] (an individual)
[: 2141 E. 15th Avenue:]
[: Eugene, Oregon 97403:]

Case No.: 6:19-cv-1071-AA

[: INFORMATIONS IN THE NATURE OF A QUO-WARRANTO-**COMPLAINT**:]

**TITLE~18: U.S. CODE 1001**
[: False and Mis-leading Statements:]

**TITLE~18: U.S. CODE 1001 § 2331**
[: Domestic Terrorism:]

Claim: $250,010,000.00 USSD

Jury Trial: Yes.

_____

[: Scott Geeting:] (an individual)
[: 2141 E. 15th Avenue:]
[: Eugene, Oregon 97403:]

          &amp;

[: Steven Barrett:] (an individual)
[: 2141 E. 15th Avenue:]
[: Eugene, Oregon 97403:]

**[: Basis for jurisdiction is a federal question:]:**

**TITLE~18: USC ~1001 & 1001 § 2331, TITLE 42: USC ~1986**

**[: Written in plain language to assist:].**

**[: INDEX:]:**

**[: Addendum included for the definitions of grammar being abbreviated: Page-3:].**

**[: Closure on styles-manual being used Page-3:].**

Complaint Page-1

: James Brent : Alvarez.
: copyright / copy-claim:
: 2 4 July - 2019 :

[: Laws, Rules and Statutes: Pages-3,4:].

[: Introduction to the complaint: Page-5:].

[: Parties involved: Pages-5:].

[: Facts: Pages-5,6,7,8,9:].

[: Claims for Relief by the C.-S.-S.-C.-P.-S.-G.-P.: Pages-9,10:].

[: Prayer for Relief written in plain language to assist: Pages-10-11:].

[: Affirmation: Page-11:].

[: Attached evidence of claims: Pages 12-57:].

[: Notice of Estoppel: Pages 12-17:].

[: Final Notice of Default: Pages 18-19:].

[: 2nd Notice of Default: Pages 20-21:].

[: Notice of Default: Pages 22-23:].

[: Contract-Claim-Complaint: 24-35:].

[: Document for Law Enforcement Notice: Page 36-54:].

[: Affidavit of Truth: Pages 55- 58:].

: James-Brent: Alvarez.
: copy-right copy-claim:
: ~4 · July · 2019:

: James-Brent: Alvarez.

### : POSTMASTER.

 : C.-S.-S.-C.-P.-S.-G.-P. FLAG OF THIS VESSEL: ~RA535207769US.

FLAG OF THE CORRECT-SENTENCE-STRUCTURE-COMMUNICATIONS-PARSE-SYNTAX-GRAMMAR WITH THE CONTRACTING-PERSONS OF A CONTRACTUAL-POSTAL-COPORATION.

[: ~RA535207145US ~Cottage Grove ~Oregon ~zip#97424:].
[: PHONE~541-221-6226:].
[: **CALLS MAY BE RECORDED:**].

### [: Addendum for definitions:]:

~1: C.-S.-S.-C.-P.-S.-G.-P. = CORRECT-SENTENCE-STRUCTURE-COMMUNICTIONS-PARSE-SYNTAX-GRAMMAR
~2: [: :] & ( ) = plain language being used = not C.-S.-S.-C.-P.-S.-G.-P.
~3: [: Red Ink:] = the words of a bleeding-complaining-living-man
~4: U. of O. = University of Oregon
~5: UOP = University of Oregon Police
~6: U.O.P.D. = University of Oregon Police
~7: U.S. = United States
~8: USC = United States Code
~9: USCS = United States Code Section~
~10: USSD = United States Silver Dollars
~11: RICO = Racketeer Influenced and Corrupt Organizations Act
~12: FRCP = Federal Rules of Civil Procedure
~13: ORS = Oregon Revised Statute
~14: USPS = Unites States Postal Service
~15: D.-C.-C.-S. = document-contract-claims-section

[: **Black's Law Dictionary 4ᵗʰ, 5ᵗʰ, and 10ᵗʰ edition is used for legal terms-words by claimant:**].

[: **For the claim of use quantum languages and violations by the accused:**].
[: **Law violations are with this claim:**].
[: **Law:**]:

~Title~42: USCS~1986 [: Knowledge and Stop-Correct-Wrongs:].
~FRCP-26-E: [: Closure:].
~FRCP-9-B: [: Fraud by confession:].
~Title~18: USCS~1001 & 1002: [: False-statements:].
~Title~15: USCS~1692E [: Fraud & Misleading Statements:].
~Title~15: USCS~78 ~ ff: [: Penalty: $25,000,000.00:].
~Title~42: USCS~1985-1: [: Conspiracy-Civil:].
~Title~42: USCS~1985-2: [: Obstruction-evidence & Witness:].
~Title~42: USCS~1985-3: [: Depriving Evidence & Witness:].
~Title~18: USCS~1961: [: RICO:].

: James Brent: Alvarez.
: copy-right/copy-claim:
: ~ 4-July-2019:

~Title~18: USCS~242: [: Coloring of the Laws = Ailing:].
~Title~18: USCS~241: [: Criminal-Conspiracy = tort:].
~Title~18: USCS~3: [: Criminal-Participation-Knowledge:].
~Title~42: USCS~1983: [: Personal Damages:].
~Title~18: USCS~1512: [: Obstruction of the Law:].
~Title~18: USCS~1341: [: Frauds and swindles:].
~Title~18: USCS~1342: [: Fictitious name or address:].
~Title~18: USCS~241: [: Conspiracy:].
~Title~18: USCS~242: [: Criminal Deprivation of Rights:].
~Title~28: USC~1359: [: Loss of Jurisdiction by Collusion:].
~ORS 352.121[1]-(3) [: U. of O. complaint process:].

[: AIDING: CORRUPTION AT THE START/BEGINNING:]:

~JUSTICE = Law
~ JU = no,
~S = Speak,
~TI = Title,
~CE = Judge: = Judge title speaks no law.

: James Brent : Alvarez.
: copyright / copy-claim :
: ~ 4 - July - 2019 :

## [: INTRODUCTION:]

~1 [: Claimant has no record or evidence that Libellees have not used "Fictitious Conveyance of Language" against Claimant, leading to various and many connected interlocking directives founded, propagated, brought forward, and executed in the fraud to Claimant's pain and Injury:].

~2 [: Libellees admit to the truth and guilt of utilizing, as a device, against Claimant, "Fictitious Conveyance of Language" to Libellees (potential) unjust gain and to Claimants pain and injury:].

~3 [: Libellees are in tacit agreement:].

~4 [: Proof of the postal-vessel-service &: Perpetual-claim-number: **RA535207168US**:].

## [: PARTIES:]

~5 [: Claimant: James-Brent: Alvarez., is a man and lives in Cottage Grove, the Republic of Oregon. At all times material, Claimant is a State Citizen of the Union State Oregon and its territories, and a Non-Citizen U.S. National of the Unity-States of America:].

~6 [: Accused: University of Oregon, is an Oregon municipality. At all times material, it uses its Police Department, with the employees and agents, issuers, and officers therein, to enforce corporate-laws and its public-policy using codes and statutes:].

~7 [: Accused: University of Oregon Police Department, is an Oregon municipality. At all times material, it uses its agents, issuers, and officers to enforce the corporate-laws and its public-policy in violation of the Federal and State Constitutions; versus the public-common-law in accordance with the Federal and State Constitutions:].

~8 [: Accused: Luke Sitts a man, who is an employee at the University of Oregon Police Department, in the capacity of a police officer ID-329. While on duty, and at all times material, he is outside his official capacity for the U.O.P.D.:].

~9 [: Accused: Scott Geeting a man, who is an employee at the University of Oregon Police Department, in the capacity of a police officer ID-114. While on duty, and at all times material, he is outside his official capacity for the U.O.P.D.:].

~10 [: Accused: Geri Brooks, a woman, who is an employee at the University of Oregon Police Department, in the capacity of a police officer ID-315. While on duty, and at all times material with claimant, she is outside her official capacity for the U.O.P.D.:].

~11 [: Accused: Steven Barrett, a man, who is an employee at the University of Oregon Police Department, in the capacity of a police officer ID-311. While on duty, and at all times material with claimant, he is outside his official capacity for the U.O.P.D.:].

## [: FACTS:]

~12 [: ~15-Januray-2019, Claimant is traveling, with an automobile, on the public ways. The automobile is a black BMW M3, with the production date of 2017:].

~13 [: For the cause of no license plate, claimant is pulled over by UOP officer Luke Sitts. This is near 11th avenue and Alder street. Time is 12:01pm:].

: James-Brent : Alvarez .
: copy-right / copy claim :
: ~ 4 - July - 2019 :

~14 [: With no arrest warrant for claimant:].

~15 [: With no search warrant for the automobile or claimant:].

~16 [: With closure from claimant, of not using the public-ways for commerce, and that he is traveling, claimant is further held for questioning by U.O.P.D. officer Sitts. All rights are reserved and no rights are waived by claimant. Officer Luke Sitts has notice. Notice to Principal is Notice to Agent/ Notice to Agent is Notice to Principal:].

~17 [: U.O.P.D. officer's Scott Geeting, Steven Barrett, and Geri Brooks are on scene within minutes of claimant being stopped by U.O.P.D. officer Luke Sitts. They are in position near the windows of the automobile. U.O.P.D. officer Scott Geeting questions the claimant:].

~18 [: For the claimant's Affidavit of Truth filed with the Lane County District Attorney and the Lane County Circuit Court of Oregon, with the seventeen page document giving all law enforcement who are participating and present (during all times material) **Knowledge** and **Notice** to **Stop** and **Correct** themselves before they volitionally-violate any of the claimants constitutionally protected rights and liberties, and by the two page **Contract** with the further **Notice** to all law enforcement officers, supervisors, and commanders, protecting all of claimant's rights, while waving none of claimant's rights, are accepted by U.O.P.D. officer Scott Getting:].

~19 [: U.O.P.D. officer Steven Barrett questions the claimant:].

~20 [: Claimant claims his VI Amendment right to have council present before answering questions, claims his V Amendment right to remain silent, and claims his IV Amendment right to be free of un-warranted (non-court-ordered) search and seizure:].

~21 [: Claimant is threatened with having his automobile being towed, unless he provides a driver's license, insurance, and registration to officer Sitts:].

~22 [: No authorization to remove the automobile from public ways is granted by claimant:].

~23 [: With the showing of deadly weapons, claimant is ordered out of the automobile by U.O.P.D. officer Luke Sitts. After stopping the recording on his phone and then turning the phone off, claimant complies and exits the automobile:].

~24 [: Without placing the claimant under arrest, without communication, without cause to use excessive-force, and without warning, the U.O.P.D. officers Luke Sitts, Scott Getting, Steven Barrett, and Geri Brooks attempt to seize claimant with physical force. This causes a scuffle between claimant and U.O.P.D. officer's, for a lack of communication from the U.O.P.D. officers, constituting no awareness or understanding of the situation by claimant:].

~25 [: Years of training are automated and applied without awareness, hesitation, or thought by Claimant:].

~26 [: Claimant's physical responses are for fear of his life, which he immediately stops (not wanting to hurt anyone or be hurt himself) upon awareness of what is happening:].

~27 [: With the use of additional-excessive-force, claimant is shot multiple times with electricity by the U.O.P.D. officers Geri Brooks, Steven Barrett, and Luke Sitts. With the claimant stopping his protection of his life (**no greater love hath he, then he who would lay down his life for another**), with the hand signals to stop what they are doing, and by the oral communication from the claimant

Complaint Page-6

: James Brent : Alvarez :
: copy-right /copy-claim :
:~4 July-2019 :

to stop, using body language to show he is surrendering, the claimant is shot with electricity while he is still being physically assaulted. During the assault, claimant asked for their cause to electrocute him once he surrendered his life to them, and after they had assaulted him by slamming him to the ground, and while he is being handcuffed with the officers surrounding, subduing, and still shooting him with electricity. He (claimant) lay face-down on the ground helping the officers, by the placing his hands behind his back, and yet, the electrocution of the claimant is continuous. The claimant is arrested and read the Miranda rights by the U.O.P.D. officers. Time is around 12:28pm:].

~28 [: U.O.P.D. searches the automobile with the lack of a warrant's authorization in violation of U.S. Constitution Amendment IV:].

~29 [: Claimant is hospitalized and issued five U.O.P. OREGON UNIFORM CITATION AND COMPLAINTS-DOCUMENTS (traffic tickets), and charged with three other felonies (interference with a peace officer, resisting arrest, and assault of police officers), by the U.O.P.D. officer Luke Sitts:].

~30 [: At the hospital, with kidnapping of claimant, by officer Luke Sitts. Claimant asks if he is under arrest when being told to exit the automobile. Officer Luke Sitts answer is no. Claimant asks for the cause of the assault, after he exits the automobile. Officer Luke Sitts informs Claimant that he invoked his right to remain silent, and that they can no longer communicate:].

~31 [: With the medical clearance granted by the hospital, claimant is transferred to Lane County Jail, by the U.O.P.D. officer Luke Sitts:].

~32 [: With the witnessing of these events, by the claimant and the U.O.P.D. body-cameras, with the date of 15-January-2019:].

~33 [: ~16-January-2019, after one night and two days of false-imprisonment, claimant is dis-charged from Lane County Jail, with three pending felony charges, and five U.O.P. OREGON UNIFORM CITATION AND COMPLAINTS:].

~34 [: ~3-February-2019, five U.O.P. OREGON UNIFORM CITATION AND COMPLAINT-DOCUMENTS are forensically analysed and marked for correction using the correct-sentence-structure-communication-parse-syntax-grammar-performance by claimant:].

~35 [: ~4-February-2019, claimant writes a unilateral contract-claim-complaint **ORS 352.121¹-(3)**, with a conditional offer to settle all claims, upon defendants stopping and correcting their documents **42 USC 1986**, for potential fraudulent and mis-leading statements **18 USC 1001**, boxing and grammar errors **Black Law Dictionary 5ᵗʰ Edition-P591**, fictitious name or address **18 USC 1342**, and otherwise as marked on their documents. Closure for the definition of words being used in their documents, as well as which dictionary or styles manual is being used **FRCP 26(e)**. Furthermore, evidence and proof of their mandate and bond, the oaths of all parties and their titles, and statutes written in the correct-sentence-structure-communication-parse-syntax-grammar is being asked for by Claimant. A fee Schedule for having to deal with this matter is instituted by Claimant, and accused are given twenty-one days to respond. Sent USPS by registered mail No. **RA535207168US** to defendants:].

~36 [: ~4-February-2019, Lane County District Attorney-Patricia M. Perlow receives a certified copy of contract-claim sent to defendants:].

~37 [: ~4-February-2019, Lane County Circuit Court Clerks refuse to file a certified copy of
Complaint Page-7

: James-Brent: Alvarez.
: copy-right/copy-claim:
: ~ 4-July-2019:

contract-claim into the Record. Claiming nothing had been docketed in the matter at this time:].

~38 [: ~5-February-2019, claimant appears at the Lane County Circuit Court, per summons of the accused's claims-documents. No claims (traffic tickets) are on the docket:].

~39 [: ~6-February-2019, claimant appears at the Eugene Municipal Court, per summons of defendants claims-documents. No claims (traffic tickets) are on the docket:].

~40 [: ~7-March-2019, Claimant sends a **NOTICE OF DEFAULT** to University of Oregon President-Michael H. Schill, University of Oregon Police Department Chief of Police-Matthew Carmichael, and University of Oregon Police Officer-Luke Sitts, for failure to stop and correct their claims-documents, or answer back to counter-claims of false-statements and false-papers **FRCP 9(B)**. Ten days are given for a response. Sent USPS by registered mail No. **RA535207401US**:].

~41 [: ~20-March-2019, Claimant sends a **2nd NOTICE OF DEFAULT** to University of Oregon President-Michael H. Schill, University of Oregon Police Department Chief of Police-Matthew Carmichael, and University of Oregon Police officer-Luke Sitts, asking them to stop and correct there claims-documents (so the account could be settled), or answer back to counter-claims of false and mis-leading statements **15 USC 1692(E)**, and otherwise. Five days are given for a response. Sent USPS by registered mail No. **RA535207429US**:].

~42 [: ~1-April-2019, Claimant sends a **FINAL DEFAULT NOTICE** to University of Oregon President-Michael H. Schill, University of Oregon Police Department Chief of Police-Matthew Carmicheal, and University of Oregon officer-Luke Sitts: for the cause of default by the claims of the U.O.P.D. officer Luke Sitts. They are given 3 days to cure themselves or answer back to counter-claims of fraud and swindles **18 USC 1341**, and otherwise. Sent USPS by registered mail No. **RA535207432US**:].

~43 [: ~8-April-2019, Claimant sends a **NOTICE OF ESTOPPEL** to University of Oregon President-Michael H. Schill, University of Oregon Police Department Chief of Police-Matthew Carmicheal, and University of Oregon Officer-Luke Sitts, for their failure to answer back to claimant of their claims. The U. of O. and its Police Department are in tacit agreement, and are given the opportunity to remove their unsubstantiated fil-ing under the rule of voluntary removal of frivolous paperwork. Thus, curing themselves under the rule of Jeopardy, stopping and correcting themselves from the violation of **18 USC 1001 & 1001 § 2331, 42 USC 1986**, and otherwise:].

~44 [: For what purpose are the University of Oregon and its police department knowingly violating **USC TITLE 42 1986** and **ORS 352.121$^1$-(3)**? The U. of O. President-Micheael H. Schill and the U.O.P.D. Chief of Police-Matthew Carmicheal have shown no interest in resolving the matter. They are committing **USC TITLE 42 1985-(3)** - Deprivation of our Rights. Therefore, violating **USC TITLE 18 1961** - Racketeering activity, for their **USC TITLE 42 1985-(2)** - Obstruction of the Justice, therefore causing **USC TITLE 42 CH. 21 - 1983** - Personal Injury, and a **USC TITLE 42 1983** Note 39 - Civil Deprivation of the Rights, by their **USC TITLE 42 1983**, Note 319 and Note 337 - Custom & Policy under their **USC TITLE 18 241** - Conspiracy, under the Color of Law, causing the **USC TITLE 18 242** - Criminal Deprivation of the Rights, and **USC TITLE 18 872** - Collusion/ Coercion, for the **USC TITLE 18 Ch.73:§: 1512** - Criminal Obstruction of the Justice, thus leading to **USC TITLE 28 1359** - Loss of the Jurisdiction by their Collusion, all while operating under the **USC TITLE 4** - Desecration of the flag:].

~45 [: The NOTICE OF ESTOPPEL has a FINIAL **TRUE BILL** for defendants, for the fee schedule ($500.00 USD x 16 hrs) is $8,000.00 USSD. Plus, expenses for postage $100.00 USSD, transportation $100.00 USSD, medical bills from the hospital visit day of the incident $1,800.00

: James Brent : Alvarez.
: copy-right /copy-claim :
: ~ 4 - July - 2019 :

USSD, property housed (automobile and myself) $15,000,000.00 USSD, emotional-mental-physical harm $10,000,000.00 USSD, fines relating to federal laws (**USC 15 ~78ff**) $25,000,000.00 USSD, and punitive damages in the amount of $200,000,000.00 USSD, for a total of $250,010,000.00 USSD. Sent USPS by registered mail No. **RA535207809US:**].

### [: FIRST CLAIM FOR RELIEF: FOR THE VIOLATION OF U.S. CODE 1001:]

~46: FOR THE CHANGING-FACTS INTO THE VERBS, PRONOUNS AND ADJECTIVES ARE WITH THEE DAMAGE-CLAIM OF THE FICTIONAL-SYNTAX-MODIFICATIONS, CORRUPT-AUTHORITIES, AND FRAUDULANT-SYNTAX OF THE GRAMMAR-LANGUAGE-CLAIMS WITH THE STEALING, THEFT, TORT, BEZZLEMENT AND RAPE OF THE EQUITY, FREEDOMS AND COMMUNICATION-LANGUAGE-CLAIMS OF THE CLAIMANT.

~47: FOR THE FICTIONAL-SYNTAX-MODIFICATIONS OF THE FACT (LANGUAGE) IS WITH THE DAMAGE-CLAIMS OF THE PERSON'S-KNOWLEDGE OF THE FOLLOWING:

~48: FOR THE WORD-TERM: PERSON: FOR A CONTRACT-PERSON'S-VOLITION OF THE FIRST-PART-"OFFER" IS WITH A CONTRACT-PERSON-DUTY OF THE SECOND-PART WITH THE JOINING BY A CORPORATION-CONTRACT.

~49: FOR THE CLAIMANT'S-KNOWLEDGE OF THESE FACTS IS WITH THESE CLAIMS OF THESE RULES WITH THE CLOSURE: CONTRACT-CLAIM, WITH THE CLAIMANT'S-KNOWLEDGE OF THESE FACTS ARE WITH THE CLAIMS OF THESE COMMUNICATION-LANGUAGE-METHOD WITH THE FICTONAL-LANGUAGE-METHOD-FRUAD BY THE U.-O.-P.-D.

~50: FOR THIS PARTY'S-KNOWLEDGE OF THESE CONTRACT-COMPLAINTS ARE WITH THIS CLAIM OF THE OPEN-MARKET-FILING[COURT]. FOR THIS PERSON'S-KNOWLEDGE OF THESE FACTS ARE WITH THESE CLAIMS OF THE CLOSURE OF THE FACTS:

51: FOR A PERSON'S-KNOWLEDGE OF THESE FACTS ARE WITH THE CLAIM OF THE PORTING WITH THESE CORRECTIONS-AUTHORITY BY THE **TITLE~42: ~1986:** KNOWLEDGE OF THE PARSE-SYNTAX-GRAMMAR AND CORRECTION OF THE FICTIONAL-SYNTAX-LANGUAGE.

~52: FOR THE KNOWLEDGE OF THE WRITING-COMMUNICATION-LAW ARE WITH THESE CLAIMS OF THESE CORRECTIONS WITH THESE WRITING-FICTIONAL-MODIFICATION-WRONGS BY THESE PERSONS: UNIVERSITY OF OREGON AND ITS POLICE DEPARTMENT.

~53: FOR THIS PERSON'S-KNOWLEDGE OF A TORT IS WITH THE DAMAGE-CLAIMS OF A JURISDICTION-MATTER WITH A VOLITION OF THE SYNTAX-WORD-FALSIFICATION WITH THE CONCEALING OR WITH A COVERING-UP BY A TRICK, SCHEME OR BY A VICE OF THE MATERIAL-FACT, OR WITH THE MAKING OF A FALSE-STATEMENT OR BY THE FICTITIOUS-STATEMENT OR WITH THE FALSE-WRITINGS OR WITH THE FALSE-DOCUMENTS BY THE KNOWLEDGE OF A FALSE-DOCUMENT WITH THE FINE OF THE **TITLE: D.-C.-C.-S.~15-CH-2B, SECTION 78ff:** $5-MILLION-PRIVATE, $25-MILLION-CORPORATION AND 30-YEARS-PRISON OR BOTH.

~54: FOR THE FICTIONAL-GRAMMAR: **TITLE~18: DOCUMENT-CONTRACT-CLAIMS-**

: James Brent : Alverez.
: copy-right / copy-claim :
: ~ 4 July - 2019 :

**SECTION:~1001**: FOR THE PERSON'S-KNOWLEDGE OF THESE FACTS ARE WITH THESE VOLITION-CLAIMS OF THE FRAUDULANT-U.-O.-P. DOCUMENTS, OR WITH THESE FALSE-FORGERIES-COUNTERFEIT-WRITINGS BY THE U.-O.-P.-D. OFFICER Luke Sitts.

~55: FOR THE PERSON'S-KNOWLEDGE OF THE DOCUMENT-CONTRACT-CORPORATION-VESSEL: FOR THE CLAIMS OF THIS CONTRACT-VESSEL-DOCUMENT IS WITH THE WITNESSING-CLAIMS OF THE CORRECT-SYNTAX-COMMUNICATIONS-LANGUAGE WITH THE PERSON/WITNESS/CLAIMANT'S-KNOWLEDGE OF THESE FACTS WITH THE DAMAGE-CLAIM OF THE **TITLE:~42**: DOCUMENT-CONTRACT-CLAIMS-SECTION:~**1986** WITH THE SYNTAX-LAWS WITH THE DOCUMENT-CONTRACT-CLAIMS, AND BY THE FRAUD WITH THE CLOSURE BY THE HEREIN-STATEMENTS.

[: **SECOND CLAIM FOR RELIEF: FOR THE VIOLATION OF U.S. CODE 1001 § 2331:**]

~56: FOR THE DOMESTIC-TERRORISM :TITLE~18: DOCUMENT-CONTRACT-CLAIMS-SECTION-~2331: FOR THIS CLAIMANT'S-KNOWLEDGE OF THESE FACTS ARE WITH THESE VOLITION-CLAIMS OF THE RAPE OF THE FEDERAL AND STATE LAWS PROTECTING THE LIBERTIES, FREEDOMS, AND RIGHTS OF CLAIMANT, BY THE COLORING OF THE LAW, WITH THE USE OF EXCESSIVE AND HARMFUL FORCE OF LIFE, BY THE UNIVERSITY OF OREGON AND ITS POLICE DEPARTMENT, WITH THE AGENTS-ISSUERS-OFFICERS.

~57: FOR THE CLAIMANT'S VOLITION-CLAIM OF THE PAIN AND SUFFERING, FOR THE KIDNAPPING, WITH THE FALSE-IMPRISONMENT, AND THE INJURIES: FOR THE CAUSE OF THE EMOTIONAL-MENTAL-PHYSICAL HARM, AND EXPENSES, BY THE U.-O.-P.-D. CLAIMANT IS ASKING FOR THE FINE OF $25-MILLION AND $10-THOUSAND UNITED STATES DOLLARS.

[: **THIRD CLAIM FOR RELIEF: NEGLIGENCE: TITLE 42: U.S. CODE ~1986:**]

~58: FOR THIS CLAIMANT'S-KNOWLDEGE OF THESE FACTS ARE WITH THESE VOLITION-CLAIMS WITH THE NEGLIGENCE OF FEDERAL AND STATE LAWS BY THE OFFICERS OF THE UNIVERSITY OF OREGON POLICE DEPARTMENT WITH THE VIOLATIONS OF U.-O.-P.-D. POLICY, BY THE VOLATIONS OF FEDERAL AND STATE LAWS.

~59: FOR THE NEGLIGENCE OF THE U.-O.-P.-D. OFFICERS AND SUPERVISORS, $200-MILLION UNITED STATES DOLLARS IS FOR THE FINE, WITH THE MONEIES PAYING FOR THE EDUCATING OF THE FEDERAL AND STATE CONSTITUTIONS AND THEIR BILLS OF RIGHTS OF THE UNION-STATE OREGON AND ITS TERRITORIES: FOR THE EDUCATING AND TRAINING OF ALL LAW ENFORCEMENT WHO ARE WITHIN THE UNION-STATE OREGON AND ITS TERRITORIES.

[: **PRAYER FOR RELIEF:**]

~60 [: Claimant asks for the following relief:]:

1. [: Judgement in his favor for monetary damages in the amount of $50,010,000.00 USSD: For the in-jury of domestic terrorism USC 18 ~ 1001 § 2331 with the false and mis-leading papers statements USC 18 ~ 1001, with the cause of harm that is dangerous to human life $ 25,010,000.00 USSD, with the kidnapping and false-imprisonment of claimant and private property, for the

Complaint Page-10

: James -Brooк : Alvarez.
: copy-right copy-claim:
: ~ 4 - July. 2019 :

emotional-mental-physical trauma of the health of claimant and family (wife and daughter), and for the fine of $25,000,000.00 USSD for the violations of Federal Laws: USC 15 ~78ff):].

2. [: Judgment in his favor for monetary damages in the amount of $200,000,000.00 USSD, to be placed in a trust overseen by the Union State Oregon and its Attorney General (currently Ellen F. Rosenblum #753239), and to be used for the education and training of all law enforcement on the Federal and State laws, to prevent any further injury to the people of the Union-State Oregon and its territories:].

3. [: With the removing of all pending charges against claimant in any related matters, by the Lane County District Attorney's Office, with the removing of the incident off all public platforms, and otherwise:].

~61 [: Any other relief the court deems is just and equitable given the circumstances:].

### [: AFFIRMATION:]

~62 [: I, :James-Brent: Alvarez., being of sound mind, over the age of 21 years, competent, and having first-hand knowledge of the facts stated herein, do hereby tell the truth, the whole truth and nothing but the truth and herein say, saith, declare, proclaim, and claim as follows:]:

~63 [: **Federal Rules of Civil Procedure 11**, I, :James-Brent: Alvarez., certify to the best of my belief, information, knowledge, and understanding that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; (4) the complaint otherwise complies with the requirements of **FRCP RULE 11**:].

[: Live-Life Claimant-Autograph &: Seal: James-Brent: Alvarez.
[: James-Brent: Alvarez:]. [: for the estate named ALVAREZ, James Brent:].
[: copy-right/copy-claim:]. [: With the reservation of rights:].
[: Proof of the postal-vessel-complaint-service: **RA535207769US**:].
[: Date: ~4-July-2019:].

[: Witness-Autograph &: Seal: Mia-Jasmine: Bond .
[: copy-right/copy-claim:].
[: Date: ~4-July-2019:].

[: Witness-Autograph &: Seal: Michael-Stanley: Binford Jr.
[: copy-right/copy-claim:].
[: Date: ~4-July-2019:].

[: Witness-Autograph &: Seal: Joseph - Reuben : Alvarez.
[: copy-right/copy-claim:].
[: Date: ~4-July-2019:].

[: Witness-Autograph &: Seal: Shane - Waylen : Hitner.
[: copy-right/copy-claim:].
[: Date: ~4-July-2019:].

Complaint Page-11

: James-Brent : Alvarez.
: copyright / copy-claim :
: ~ 4 July - 2019 :