# NOTICE OF ESTOPPEL

[: In my private capacity:]
[: Notice of liability – Non-negotiable:]
[: Bills of the Lading:]

[: James-Brent: Alvarez:]
[: copy-right/copy-claim:]
[: % 30924 Kenady Lane:]
[: Cottage Grove, Oregon [97424]:]
[: Day: ~April 8, 2019:]
[: RM# RA535207809 US:]

### [: Written in plain language to assist:]

[: University of Oregon-President-**Michael H. Schill**, University of Oregon Police Department-Chief of Police-**Matthew Carmichael**, University of Oregon Police-Sergeant-Scott Geeting-ID-114, University of Oregon Police-Corporal- Steven Barrett-ID-311, University of Oregon Police-Officer-Geri Brooks-ID-315, University of Oregon Police-Officer- **Luke Sitts**-ID-329, and Lane County-District Attorney-Patricia M. Perlow:]

[: University of Oregon 110 Johnson Hall:]
[: 1226 University of Oregon:]
[: Eugene, OR 97403-1226:]

[: University of Oregon Police Department:]
[: 2141 E 15th Ave.:]
[: Eugene, OR  97403:]

[: Perpetual-Claim number **RA535207168US**:]

[: Date February 4, 2019 – ALVAREZ, James Brent]:
[: and account/summons# UOP114082-UOP114081-UOP114083-UOP116188-UOP116189:]

Contents of the previous letters in this matter are attached.

**Greeting: I hope this correspondence finds Youse in sound health and good stead.**

Dear Micheal Schill, Matthew Carmichael, and Luke Sitts,

# [: 5TH offer to settle: - : Notice of Pending Lawsuit:]

1. For you are given the estoppel for your failure to answer back to us of your claims.

2. You are in tacit agreement.

3. We gave you the opportunity to remove the unsubstantiated fil-ing under the rule of voluntary removal of frivolous paperwork. Thus, curing yourself under the rule of Jeopardy, stopping and correcting yourself from the violation of 18 USC 1001, 18 USC 1341, and 18 USC 1342 involving commercial communications and the Universal Postal Union and otherwise.

: James-Brent: Alvarez
: copy-claim copy-claim :
: 15- April 2019 :

5.  Would University of Police Department Officer Luke Sitts (ID-329) in his private capacity kindly know that we have clearly recorded the unclaimed **UOP** OREGON UNIFORM CITATION AND COMPLAINT'S as unclaimed, and return them to you, the sender using registered mail-in the United States, the United States of America, the US, and/or from its territories.

6. None of your unclaimed articles bear our proper name, proper address, or any other details that indicate that we are in any way responsible for claiming your complaints. The unclaimed complaints constitute harassment by false-statements, by fraud and swindles, by fictitious name or address, and domestic terrorism under 18 USC 1001, 18 USC 1341, 18 USC 1342, and 18 USC § 2331 (see Exhibit A).

7. Claimant has no record or evidence that Libellees have not used "Fictitious Conveyance of Language" against Claimant, leading to various and many connected interlocking directives founded, propagated, brought forward, and executed in the fraud to Claimant's pain and Injury.

8. Libellees admit to the truth and guilt of utilizing, as a device, against Claimant, "Fictitious Conveyance of Language" to Libellees (potential) unjust gain and to Claimants pain and injury. As total silence, especially in the face of a potential accusation, can very possibly be used against you as an adoptive admission under the Federal Rules of Evidence.

9. Federal Rules of Evidence 801(d)(2)(B) provides that a statement is not hearsay if the statement is offered against a party and is a statement of which the party has manifested an adoption or belief in its truth the burden of showing the manifestation is on the party offering the evidence. [Pilgrim v. Trustees of Tufts College, 118 F.3d 864, 870 (1st Cir. Mass. 1997)]

 10. The adoptive admission rule requires at a minimum that the accusations be made under circumstances which fairly afford an opportunity to hear, understand, and to reply. [People v. Jennings, 112 Cal. App. 4th 459 (Cal. App. 4th Dist. 2003)]

# FINAL BILL DUE UPON RECEIPT

Your failure to respond and correct in your private capacity, within the given time, from receipt of this matter's original correspondence, constitutes legal accord and satisfaction of all claims. Further, the fee schedule ($500.00 USD x 16 hrs) for dealing with this matter is $8,000.00 USD. Plus, expenses for postage $100.00 USD, transportation $100.00 USD, medical bills $1,800.00 USD, property housed (automobile and myself) $15,000,000.00 USD, emotional-mental-physical harm $10,000,000.00 USD, fines relating to federal laws (15 USCS~78ff) $25,000,000.00 USD, and punitive damages in the amount of $200,000,000.00 USD, for a total of $250,010,000.00 USD.

I am willing to settle these matters amicably without having to file suit and am giving you 10 days from receipt of this letter to take the opportunity to do so. If persons named choose not to settle the matters at hand, I will have no choice but to file suit and seek my remedy in a court of law.

Your sincerely,

Live-Life Claimant: James-Brent : Alvarez # **RA535207145US**
: James-Brent: Alvarez. [: for the estate named JAMES B. ALVAREZ:].
: copy-right/copy-claim. [: With the reservation of rights.:].

**CALLS MAY BE RECORDED**

: James Brent : Alvarez :
: copy-right / copy-claim :
: 15 - April - 2019 :