# NOTICE OF DEFAULT

[:RM# RA535207401US:]

[:In my private capacity:]
[:Notice of liability – Non-negotiable:]
[:Bills of the Lading:]

[: James-Brent: Alvarez:]
[: copy-right/copy-claim:]
[: % 30924 Kenday Lane:]
[: Cottage Grove, Oregon [97424]:]
[: Day: ~March 7, 2019:]
[: RM# RA535207145 US:]

**[: Written in plain language to assist:]**

[: University of Oregon-President-Michael H. Schill, University of Oregon Police Department-Chief of Police-Matthew Carmichael, University of Oregon Police-Sergeant-Scott Geeting-ID-114, University of Oregon Police-Corporal- Steven Barrett-ID-311, University of Oregon Police-Officer-Geri Brooks-ID-315, University of Oregon Police-Officer- Luke Sitts-ID-329, and Lane County-District Attorney-Patricia M. Perlow:]

[: University of Oregon 110 Johnson Hall:]
[: 1226 University of Oregon:]
[: Eugene, OR 97403-1226:]

[: University of Oregon Police Department:]
[: 2141 E 15th Ave.:]
[: Eugene, OR 97403:]

[: Perpetual-Claim number **RA535207168US**:]

[: Date 4, 2019 – ALVAREZ, James Brent]:
[: and account/summons# UOP114082-UOP114081-UOP114083-UOP116188-UOP116189:]

For the C.-S.-S.-C.-P.-S.-G.-P. - [: **Stop-and-correct-claim and voidance of perjury:**]

[: For the voidance of perjury, plaintiff to provide the oaths of all parties, title, and statutes, written in the Correct-Sentence-Structure-Communication-Parse-Syntax-Grammar-Performance:]

Greeting: I hope this correspondence finds Youse in sound health and good stead.

**We are happy and willing to discharge any liabilities on the following terms:**

**Examination statement: We will keep a detailed case file.** In our Private and Public duties we have notice that there is no wet ink Signature, name or Autograph on Youse summons/billing of the lading making it Author-less. We are sympathetic if this was an error on Youse part and can be easily be remedied with simple letter of apology from Youse, until than we have retained the summons/bills of the lading has part of our evidence gathering, if not:

pg.-22

: James-Brent: Alvarez:
: 7-MARCH- 2019 :
: copy-right /copy-claim :

We have examined Youse summons/bills of the lading and found grave errors: possible Fraud and Misleading Statements, possible Fictional-Communications, possible Criminal-Conspiracy and Collusion, possible Obstruction of the Law, possible Frauds and Swindles, possible Depriving Evidence & Witness, possible Fictitious name or address, and possible RICO. The use of closed brackets and vectors violating the four corners rules: Black law Dictionary $5^{th}$Ed, P591. See Evidence pages 6-15.

For Us to safe guard Youse from **Jeopardy** please answer these following Questions:

**Non-negotiable**

Which dictionary or styles manual you are writing from? Please give your answer here
_____.

Youse **guarantee in a sworn affidavit** with a Justice of the Peace u**nder penalty of perjury** that the names, language and monies are not involving Us and Youse, in Counterfeiting, Mail-fraud, Money-Laundering and False Advertising? Attach evidence to this contract.

Youse qualifications? Attach evidence to this contract.

Evidence and proof of Youse mandate and Bond? Attach evidence to this contract.

Validity of any debt with the original persons and or listed Companies?
Attach evidence to this contract.

We reserve the right to compensation from Youse in Youse private capacity should any of your past or future actions compromise our credibility in any way whatsoever.

**Failure** by Yourselves in Youse private capacity **to respond** within **ten days** from receipt of this correspondence shall constitute **legal accord and satisfaction** of all claims.

Sovereign Live-Life Claimant: *James-Brent : Alvarez :* # RA535207145US
:James-Brent: Alvarez: [: for the estate named JAMES B. ALVAREZ:]
:copy-right/copy-claim: [: With the reservation of rights.:]

pg.-23

: James-Brent : Alverez :
: 7 - March - 2019 :
: copy-right / copy-claim :