

[:RM# RA535207168US:]

[:In my private capacity:]
[:Notice of liability - Non negotiable:]
[:Bills of the Lading:]

:James-Brent: Alvarez.
:copy-right/copy-claim:
[:% 30924 Kenday Lane:]
[:Cottage Grove, Oregon [97424] :]
[:Day: ~February 4 , 2019:]
:[RM# RA535207145 US:]

[:Written in plain language to assist:]

[: Lane County District Attorney-Patricia M. Perlow, University of Oregon Police Department, Clerk of the Lane County Circuit Court, Clerk of the Eugene Municipal Court of Oregon, University of Oregon Police Officer Sitts ID# 329, and all other Law Enforcement Officers involved in this matter unknown to me at this time for lack of public-closure:]

[:University of Oregon Police Department:]
[:Eugene, OR  97403:]

[:Claim number **RA535207168 US** :]

[:Date 4, 2019 – ALVAREZ, James Brent]:
[:and account/summons#114082-114081-114083-116188-116189:]

For the C.-S.-S.-C.-P.-S.-G.-P.:- :Stop-and-correct-claim and voidance of perjury:

For the voidance of perjury, plaintiff to provide the oaths of all parties, title, and statutes, written in the Correct-Communication-Sentence-Structure-Parse-Syntax-Grammar-Performance.

[: PLAIN LANGUAGE - I am happy to discharge or settle any verified claims in the matter of summons# 114082-114081-114083-116188-116189 on the following conditions:].

~1. [: I request specific necessary proofs, as listed below in order to assist you with your matter, but I have not received several items we would require in order to proceed:].

pg.-24

:James:Brew:Alvarez:
:4-February-2019:
:copy-right/copy-claim:

~2. [: I have not received closure as to which dictionary or styles manual you are writing from in your documents, which I can easily refer to and understand as attached to the alleged contract in this matter, in this case that document is five OREGON UNIFORM CITATION AND COMPLAINT'S]: .

[: As a result of this non-clarity, this raises possible issues with Americans with Disabilities Act (ADA), the rule of Antitrust with the Federal Trade Commission, the Fair Debt Collection Practices act, and/or other acts such as 18 USC 1001, and 18 USC 1341 and 18 USC 1342 involving commercial communications and the Universal Postal Union and otherwise. One major concern has been the use of a non-correct name(s) and/or fictious similar name(s) being used for profit, and done so without my express written authorization.:].

~3. [: I have received several documents which are attached, which I have questions of regarding areas of style, definitions, grammar, and explanation of [boxing] methods being used. See enclosed documents and markings which raise such questions I still have as of this time. There are substantial lack of definitions and syntax and grammar issues, make it impossible to understand and unconditionally accept any of these documents which now have been forensically analyzed and marked, to aid in your detailed response. Please respond and correct each marking and explain it to me with definitions, and sign to this under penalty of perjury as true, because I understand none of this at this time, even with or without counsel. A full correction with explanation of all terms, variable syntax, grammar issue notes, and boxing deletions relating to the four corners rule, is required to proceed:].

~4. [: My fee schedule for having to deal with this matter equals actual expenses plus **$500 per hour**, whereby I now have spent **8.0** hours on correspondence, in research and evidence gathering, for a total to this point of **$4,000** USD to date, plus expenses for postage, transportation, medical bills, private-property housed, emotional-mental-physical harm and suffering, and fines as related to violation of federal or state laws as may be allowed. A final bill will be submitted once determined:].

~5. [: On examining your paperwork, we have come to the conclusion that there may be more than one person or party making these offers to contract. Therefore, all parties are equally and severally liable in their individual capacity for the final bill due:].

~6. [: In my law-abiding capacity and coming in honor, I require to see the following information before proceeding further with your offer:]:

~a. [: Of all parties receiving this notice, provide your full given Names using no abbreviations or all capitalized names, or fictious titles:].
~b. [: Your qualification and official capacity, with letters of appointment:].
~c. [: Evidence and proof of your mandate or authority and Bond, and actual state license, and not merely a BAR Union Membership Card if applicable as an attorney:].
~d. [: Oath of office copy with proper autographs accepting full liability:].
~e [: Your Anti Bribery statement as directed by the Foreign Corrupt Practices Act – Aniti-Bribery Provisions, as was required when you took your oath, and I require your foreign registration statement which must be on file, as all those who take oaths become foreign at the time of the oath, per Title 22 USC Code 612:].

: James-Brent : Alvarez :
: 4 - February - 2019 :
: copy-right / copy-claim :

~f. [: Complete validation of any debt or charge claimed made, do so under oath, complete with original signatures of both parties on each side of the subject contract. This could also include a signed and sworn affidavit of a real party in interest who says I have harmed them. This would be required to proceed with an Article 3 jurisdiction and trial:].

~g. [: Correction of syntaxed documentation from all parties participating to bring a change of suit in this case, and the bonds they provided, including definitions and sources of words used, to protect and indemnify me in the event of a harm by those parties, plus their sworn evidence that they are acting within their official capacity. Personal addresses of those parties would also be required in the event these parties acted outside their authority, and therefore their private capacity:].

~h. [: I further require a copy of all tax forms you and all parties will file, resulting from profits derived from securities generated for the case. I require this disclosure, so I do not have to report such suspicious activity myself to IRS CID myself on a 4490 and 8281 or otherwise, regarding the possible unreported tax liability and taxable activity of those parties:].

[: You have 21 days from receipt to comply or be in default and therefore agree that your claim is withdrawn with prejudice regarding UOP Summons 116188 or related cases. A separate final payable bill will also be provided at that time if another settlement arrangement is not made by that time. All other attempts to collect or proceed, shall be void action as agreed by all parties after that date:].

By: *James-Brent: Alvarez:*   4~February, 2019
:James-Brent: Alvarez: [:for estate named: JAMES B. ALVAREZ:]
:copy-right/copy-claim. [:With the reservation of rights.:]

[:Attachments Include:]:

[:OREGON UNIFORM CITATION AND COMPLAINT SUMMONS UOP 116188:]

[:OREGON UNIFORM CITATION AND COMPLAINT SUMMONS UOP 116189:]

[:OREGON UNIFORM CITATION AND COMPLAINT SUMMONS UOP 114081:]

[:OREGON UNIFORM CITATION AND COMPLAINT SUMMONS UOP 114082:]

[:OREGON UNIFORM CITATION AND COMPLAINT SUMMONS UOP 114083:]

[:Addendum included for the definition of syntax and parse claim:]

[:LIVE-LIFE-CLAIM:]

pg.-26

: James Brent : Alvarez :
: 4 · February · 2019 :
: copy-right/copy-claim :