

: C.-S.-S.-C.-P.-S.-G.-P. FLAG OF THIS DOCUMENT-POSTAL-VESSEL-COURT-VENUE.

[: IN THE UNITED STATES DISTRICT COURT:]
[: FOR THE DISTRICT OF OREGON:]
[: DIVISION OF EUGENE:]

[: **Claimant:**]
[: James-Brent: Alvarez:]
[: c/o 30924 Kenady Lane:]
[: Cottage Grove, Republic of Oregon [97424]:]

Case No.: 6:19-cv-1071-AA

[: **WRIT OF MANADAMUS**
**IN QUO WARRANTO:**]

----------Vs-----------------

[: **Accused:**]
[: UNIVERISTY OF OREGON:]
[: 1226 University of Oregon:]
[: Eugene, Oregon 7403-1226:]

&

[: **Accused:**]
[: Matthew Carmichael:]
[: 2141 E. 15th Avenue:]
[: Eugene, Oregon 97403:]

[: **Accused:**]
[: Luke Sitts:]
[: 2141 E. 15th Avenue:]
[: Eugene, Oregon 97403:]

&

[: **Accused:**]
[: Scott Geeting:]
[: 2141 E. 15th Avenue:]
[: Eugene, Oregon 97403:]

[ **Accused:**]
[: Geri Brooks:]
[: 2141 E. 15th Avenue:]
[: Eugene, Oregon 97403:]

&

[: **Accused:**]
[: Steven Barrett:]
[: 2141 E. 15th Avenue:]
[: Eugene, Oregon 97403:]

[: **SUMMONS IN A CIVIL ACTION:**]

[: **Written in plain language to assist:**].

[: A lawsuit is filed against you (accused), and you (accused) are summoned to appear before THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON DIVISION OF EUGENE on the ____ day of _____, 2019, to show by what authority you (accused) claim to have your use and or enjoy the rights and liberties and franchise set out and complained of, and further to do and receive all things which the court shall then order concerning you (accused):].

[: Within 21 days (not counting the day you received it) after service of this summons on you (accused) --- or 60 days if you (accused) are the United States or a United States Agency, or an officer or employee of the United States described in Fed. R. civ. P. 12(a)(2) or (3) --- you

: James Brent: Alvarez.
: copy-right /copy-claim:
: ~ 4 July - 2019:

(accused) must serve on the claimant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure:].

[: If you (accused) fail to respond, judgment by default will be entered against you (accused) for the relief demanded in the complaint. You (accused) must file your answer with the court:].

## CLERK OF THE COURT

: Date: _____

_____
[: Autograph of Clerk or Deputy Clerk:]

## PROOF OF SERVICE

[: I, :James-Brent: Bond., certify that I have served a true copy of this legal document by certified mail to the following parties at the addresses set forth below, on this \_\_\_\_ day of _____, 2019:]:

[: UNIVERISTY OF OREGON:]  
[: 1226 University of Oregon:]    &    [: Matthew Carmichael:]  
[: Eugene, Oregon 7403-1226:]       [: 2141 E. 15th Avenue:]  
[: _____:]           [: Eugene, Oregon 97403:]  
  [: Certified mail No.:]         [: _____:]  
                [: Certified mail No.:]

[: Luke Sitts:]  
[: 2141 E. 15th Avenue:]    &    [: Scott Geeting:]  
[: Eugene, Oregon 97403:]        [: 2141 E. 15th Avenue:]  
[: _____:]          [: Eugene, Oregon 97403:]  
  [: Certified mail No.:]       [: _____:]  
               [: Certified mail No

[: Geri Brooks:]  
[: 2141 E. 15th Avenue:]    &    [: Steven Barrett:]  
[: Eugene, Oregon 97403:]        [: 2141 E. 15th Avenue:]  
[: _____:]          [: Eugene, Oregon 97403:]  
  [: Certified mail No.:]       [: _____:]  
               [: Certified mail No

[: Live-Life Claimant-Autograph &: Seal: _____  
[: James-Brent: Alvarez:]. [: for the estate named ALVAREZ, James Brent:].  
[: copy-right/copy-claim:]. [: With the reservation of rights:].  
[: Date: ~_____-_____-2019:].

: James-Brent : Alvarez.
: copy-right/copy-claim :
: ~ 4-July-2019 :