IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF LANE

9:26   A

**State of Oregon**
　　　　　　　　　　　　　　　　　Plaintiff,

v.

_James Brent Jason Alvarez_
　　　　　　　　　　　　　　　　　Defendant

Case No. _18VI85351_

**JUDGMENT - VIOLATION** _Clfe_

Defendant was convicted this date on a ☐ default for failure to appear; ☐ no contest plea ☐ Court finding of guilty after trial on the violation of: ☐ Count 1; ☐ Count 2; ☐ Count 3.

☒ This case is dismissed as to: ☐ Count 1; ☐ Count 2; ☐ Count 3; ☒ all charges

　　　IT IS ORDERED and ADJUDGED that Defendant shall pay the Money Award in full. If a payment schedule is specified in the Money Award, Defendant must make payments according to that schedule. Payments can be mailed to Lane County Courthouse, 125 East 8th Avenue, Eugene, OR, 97401, or can be paid online via OJD Courts ePay [www.courts.oregon.gov/lane].

**MONEY AWARD**

| | |
|---|---|
| Count 1 | |
| Count 2 | |
| Count 3 | |
| Restitution Ordered* | |
| TOTAL MONEY AWARD | |

\* To be disbursed according to the Violation Form provided by ODFW

Defendant shall pay the balance owing: ☐ today; ☐ within 30 days; ☐ in full by: _____ ☐ at a rate to be scheduled by the Clerk's office; ☐ at the rate of $_____ by the ____ day of each month starting on: _____
☐ The Money Award is hereby referred to the Oregon Department of Revenue for collection.

**IT IS FURTHER ORDERED that:**
☐ The defendant's ☐ hunting and/or ☐ angling license is suspended for____ months pursuant to ORS 497.415 (Revocation or denial of licenses, tags or permits for wildlife law violations or failure to comply with citation).
☐ The defendant's driving privileges are suspended: ☐ indefinitely; ☐ for a period of_____
☐ The weapon used in the commission of this violation is forfeited.
☐ _____

Date: _September 12, 2018_

_____
Judge's Signature

_Charles M. Zennache_
Judge Name Printed

**NOTICE: The Court will add a fee to each case not paid in full within 30 days after judgment** (ORS 1.202(2)). The fee is $50 on a case balance that is under $150; the fee is $125 on a case balance that is between $150-399; the fee is $200 on a case balance that is $400 or more.

Original - Court file  /  Yellow – Defendant　　　　　　　　　　　　　　　　　　　　　　　　　　　　　01/17