**Naomi Levelle Haslitt**, OSB No. 075857
naomi.haslitt@millernash.com
**Iván Resendiz Gutierrez**, OSB No. 154617
ivan.resendiz@millernash.com
MILLER NASH GRAHAM & DUNN LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon 97204
Phone: 503.224.5858
Fax: 503.224.0155

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## EUGENE DIVISION

| | |
|---|---|
| JAMES-BRENT: ALVAREZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LUKE SITTS, an individual; GERI BROOKS, an individual; SCOTT GEETING, an individual; STEVEN BARRETT, an individual; DON MORRIS, an individual; MATTHEW CARMICHAEL, an individual; and MICHAEL H. SCHILL, an individual,<br><br>　　　　Defendants. | Case No. 6:19-cv-01071-AA<br><br>DECLARATION OF SCOTT GEETING IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

I, Scott Geeting, declare as follows:

1.　　My name is Scott Geeting, and I am one of the defendants in the above-captioned action. I am employed as a Sergeant for the University of Oregon Police Department

Page 1 -　Declaration of Scott Geeting in Support of Defendants' Motion for Summary Judgment

and have been in that position since April 1, 2012. I make this declaration based on my personal knowledge, and I am competent to testify to the matters in this declaration.

2. I have reviewed documents and video submitted in Exhibits 1, 2, and 3 in Support of Defendants' Motion for Summary Judgment and attest that they accurately reflect events that occurred during the traffic stop of James-Brent Alvarez on January 15, 2019.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on this _18_ day of November, 2020, in ____Eugene___, Oregon.

_____
Scott Geeting

Page 2 -   Declaration of Scott Geeting in Support of Defendants' Motion for Summary Judgment

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858

## CERTIFICATE OF SERVICE

      I hereby certify that I served the foregoing Declaration of Scott Geeting in Support of Defendants' Motion for Summary Judgment:

    James-Brent: Alvarez
    c/o 30924 Kenady Lane
    Cottage Grove, Oregon  97424
    jb22.1978.008@gmail.com

    *Plaintiff Pro Se*

by the following indicated method or methods on the date set forth below:

- ☐ **CM/ECF system transmission.**

- ☐ **E-mail.** As required by LR 5-9, any interrogatories, requests for production, or requests for admission were e-mailed in Word or WordPerfect format, not in PDF, unless otherwise agreed to by the parties.

- ☒ **E-mail** (per agreement to service by e-mail)**.**

- ☐ **Facsimile communication device.**

- ☐ **First-class mail, postage prepaid.**

- ☐ **Hand-delivery.**

- ☐ **Overnight courier, delivery prepaid.**

    DATED this 29th day of January, 2021.

                                             *s/ Iván Resendiz Gutierrez*
                                             Iván Resendiz Gutierrez, OSB No. 154617
                                             *Attorneys for Defendants*

4848-2265-1855.2

Page 1 -    Certificate of Service

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204