**Naomi Levelle Haslitt**, OSB No. 075857
naomi.haslitt@millernash.com
**Iván Resendiz Gutierrez**, OSB No. 154617
ivan.resendiz@millernash.com
MILLER NASH GRAHAM & DUNN LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon  97204
Phone:  503.224.5858
Fax:  503.224.0155

    *Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| JAMES-BRENT: ALVAREZ,<br><br>    Plaintiff,<br><br>v.<br><br>LUKE SITTS, an individual; GERI BROOKS, an individual; SCOTT GEETING, an individual; STEVEN BARRETT, an individual; DON MORRIS, an individual; MATTHEW CARMICHAEL, an individual; and MICHAEL H. SCHILL, an individual,<br><br>    Defendants. | Case No. 6:19-cv-01071-AA<br><br>DECLARATION OF LUKE SITTS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

I, Luke Sitts, declare as follows:

    1.    My name is Luke Sitts, and I am one of the defendants in the above-captioned action.  I was employed as a Police Officer for the University of Oregon Police

Page 1 -    Declaration of Luke Sitts in Support of Defendants' Motion for Summary Judgment

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204

Department ("UOPD") from June 2018 until January 2020.  I make this declaration based on my personal knowledge, and I am competent to testify to the matters in this declaration.

2. I have reviewed documents and video submitted in Exhibits 2, 6, and 7 in the Declaration of Jason Wade in Support of Defendants' Motion for Summary Judgment and attest that they accurately reflect events that occurred during the traffic stop of James-Brent Alvarez on January 15, 2019.

3. During the January 15, 2019, traffic stop, I received information from the Law Enforcement Data System ("LEDS")  that James-Brent Alvarez had a caution code as being an expert martial artist.  LEDS is a database created for law enforcement records such as warrants, protection orders, stolen property, criminal histories, and other vital investigative files.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on this __21__ day of January, 2021, in __Salem__, Oregon.

_____
Luke Sitts

Page 2 -    Declaration of Luke Sitts in Support of Defendants' Motion for Summary Judgment

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Declaration of Luke Sitts in Support of Defendants' Motion for Summary Judgment:

> James-Brent: Alvarez
> c/o 30924 Kenady Lane
> Cottage Grove, Oregon  97424
> jb22.1978.008@gmail.com
>
> *Plaintiff Pro Se*

by the following indicated method or methods on the date set forth below:

☐ **CM/ECF system transmission.**

☐ **E-mail.** As required by LR 5-9, any interrogatories, requests for production, or requests for admission were e-mailed in Word or WordPerfect format, not in PDF, unless otherwise agreed to by the parties.

☒ **E-mail** (per agreement to service by e-mail)**.**

☐ **Facsimile communication device.**

☐ **First-class mail, postage prepaid.**

☐ **Hand-delivery.**

☐ **Overnight courier, delivery prepaid.**

DATED this 29th day of January, 2021.

> *s/ Iván Resendiz Gutierrez*
> Iván Resendiz Gutierrez, OSB No. 154617
> *Attorneys for Defendants*

4826-8552-2895.2

Page 1 -    Certificate of Service

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204