**Naomi Levelle Haslitt**, OSB No. 075857
naomi.haslitt@millernash.com
**Iván Resendiz Gutierrez**, OSB No. 154617
ivan.resendiz@millernash.com
MILLER NASH GRAHAM & DUNN LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon 97204
Phone: 503.224.5858
Fax: 503.224.0155

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| JAMES-BRENT: ALVAREZ,<br><br>        Plaintiff,<br><br>    v.<br><br>LUKE SITTS, an individual; GERI BROOKS, an individual; SCOTT GEETING, an individual; STEVEN BARRETT, an individual; DON MORRIS, an individual; MATTHEW CARMICHAEL, an individual; and MICHAEL H. SCHILL, an individual,<br><br>        Defendants. | Case No. 6:19-cv-01071-AA<br><br>DECLARATION OF IVÁN RESENDIZ GUTIERREZ IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

I, Iván Resendiz Gutierrez, declare as follows:

1.  I am an attorney with Miller Nash Graham & Dunn LLP, the attorneys of record for defendants, Luke Sitts, Geri Brooks, Scott Geeting, Steven Barrett, and Don Morris

Page 1 -   Declaration of Iván Resendiz Gutierrez in Support of Defendants' Motion for Summary Judgment

(collectively, "Defendants,") in the above-captioned action and make this declaration in support of Defendants' motion for summary judgment (the "Motion").  I am competent to testify to the matter stated herein and either have personal knowledge of the facts stated below or they are from sources deemed reliable.

2. Counsel for defendants conferred with plaintiff, James-Brent: Alvarez, by telephone regarding the issues in the Motion on November 24, 2020, but the parties were not able to agree.

3. Portions of the audio in Exhibit 5, Exhibit 6, Exhibit 7, and Exhibit 8 to the Declaration of Jason Wade in Support of Defendants' Motion for Summary Judgment (the "Wade Declaration") have been modified to remove the sound.  The modified sections contain information that we believe plaintiff would not want to have publicly available.  Defendants have produced the videos to plaintiff without the modified portions.

4. Portions of Exhibit 2 to the Wade Declaration have been redacted to remove confidential or personal information or to remove information that we believe plaintiff would not want to have publicly available.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of January, 2021.

s/ *Iván Resendiz Gutierrez*
Iván Resendiz Gutierrez

Page 2 -   Declaration of Iván Resendiz Gutierrez in Support of Defendants' Motion for Summary Judgment

4835-9095-8286.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Declaration of Iván Resendiz Gutierrez in Support of Defendants' Motion for Summary Judgment:

James-Brent: Alvarez
c/o 30924 Kenady Lane
Cottage Grove, Oregon  97424
jb22.1978.008@gmail.com

*Plaintiff Pro Se*

by the following indicated method or methods on the date set forth below:

☐ **CM/ECF system transmission.**

☐ **E-mail.** As required by LR 5-9, any interrogatories, requests for production, or requests for admission were e-mailed in Word or WordPerfect format, not in PDF, unless otherwise agreed to by the parties.

☒ **E-mail** (per agreement to service by e-mail)**.**

☐ **Facsimile communication device.**

☐ **First-class mail, postage prepaid.**

☐ **Hand-delivery.**

☐ **Overnight courier, delivery prepaid.**

DATED this 29th day of January, 2021.

*s/ Iván Resendiz Gutierrez*
Iván Resendiz Gutierrez, OSB No. 154617
*Attorneys for Defendants*

Page 1 -    Certificate of Service

4835-9095-8286.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204