**Naomi Levelle Haslitt**, OSB No. 075857
naomi.haslitt@millernash.com
**Iván Resendiz Gutierrez**, OSB No. 154617
ivan.resendiz@millernash.com
MILLER NASH GRAHAM & DUNN LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon 97204
Phone: 503.224.5858
Fax: 503.224.0155

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| JAMES-BRENT: ALVAREZ, | Case No. 6:19-cv-01071-AA |
| Plaintiff, | DECLARATION OF JASON WADE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |
| v. | |
| LUKE SITTS, an individual; GERI BROOKS, an individual; SCOTT GEETING, an individual; STEVEN BARRETT, an individual; DON MORRIS, an individual; MATTHEW CARMICHAEL, an individual; and MICHAEL H. SCHILL, an individual, | |
| Defendants. | |

I, Jason Wade, declare as follows:

1. I am the Captain and Custodian of Records for the University of Oregon Police Department ("UOPD"). I have been in that position since January 1, 2017. I attest that

Page 1 - Declaration of Jason Wade in Support of Defendants' Motion for Summary Judgment

the documents and video attached as exhibits to this declaration were received or kept by me, or persons acting under my control, in the ordinary course of regularly conducted business at or near the time of the act, condition, or event described or referred to in the records. I make this declaration based on my personal knowledge, and I am competent to testify to the matters in this declaration.

2. Attached as Exhibit 1 is a true and correct copy of the University of Oregon Police Department Policy Manual, dated April 27, 2018.

3. Attached as Exhibit 2 is a true and correct copy of UOPD Incident/Investigation Report for Case No. 19-00059, dated January 15, 2019.

4. Attached as Exhibit 3 is a true and correct copy of UOPD's Department Training Plan, dated August 16, 2018.

5. Attached as Exhibit 4 is a true and correct copy of pages from a Pulse Log Graph and AXON report, which includes Sequence Numbers 1882 and 1883, related to the January 15, 2019, traffic stop involving UOPD and plaintiff James-Brent: Alvarez (the "Traffic Stop").

6. Attached as Exhibit 5 is a true and correct copy of video recorded by UOPD Corporal Steven Barrett's body-worn camera from the Traffic Stop (the "Barrett Body Camera Video").

   a. Attached as Exhibit 5A is a true and correct copy of minutes 8:30 through 9:12 of the Barrett Body Camera Video.

   b. Attached as Exhibit 5B is a true and correct copy of minutes 10:38 through 11:00 of the Barrett Body Camera Video.

Page 2 -   Declaration of Jason Wade in Support of Defendants' Motion for Summary Judgment

  c. Attached as Exhibit 5C is a true and correct copy of minutes 11:00 through 12:00 of the Barrett Body Camera Video.

  d. Attached as Exhibit 5D is a true and correct copy of minutes 12:00 through 20:50 of the Barrett Body Camera Video.

  e. Attached as Exhibit 5E is a true and correct copy of minutes 20:40 through 21:05 of the Barrett Body Camera Video.

  f. Attached as Exhibit 5F is a true and correct coy of minutes 24:30 through 25:25 of the Barrett Body Camera Video.

7. Attached as Exhibit 6 is a true and correct copy of video recorded by UOPD Officer Luke Sitts's body-worn camera from the Traffic Stop (the "Sitts Body Camera Video").

  a. Attached as Exhibit 6A is a true and correct copy of minutes 36:20 through 37:05 of the Sitts Body Camera Video.

  b. Attached as Exhibit 6B is a true and correct copy of minutes 37:02 through 37:17 of the Sitts Body Camera Video.

8. Attached as Exhibit 7 is a true and correct copy of video recorded by Officer Sitts's patrol car's in-car camera and mobile audio video ("MAV") system from the Traffic Stop (the "Sitts Dash Camera Video").

  a. Attached as Exhibit 7A is a true and correct copy of minutes 0 through 2:25 of the Sitts Dash Camera Video.

  b. Attached as Exhibit 7B is a true and correct copy of minutes 2:25 through 3:35 of the Sitts Dash Camera Video.

Page 3 -   Declaration of Jason Wade in Support of Defendants' Motion for Summary Judgment

   c. Attached as Exhibit 7C is a true and correct copy of minutes 3:20 through 3:35 of the Sitts Dash Camera Video.

   d. Attached as Exhibit 7D is a true and correct copy of minutes 40:20 through 40:50 of the Sitts Dash Camera Video.

9. Attached as Exhibit 8 is a true and correct copy of video recorded by UOPD Officer Geri Brooks's body-worn camera from the Traffic Stop (the "Brooks Body Camera Video").

   a. Attached as Exhibit 8A is a true and correct copy of minutes 0 through 4:30 of the Brooks Body Camera Video.

   b. Attached as Exhibit 8B is a true and correct copy of minutes 6:48 through 21:10 of the Brooks Body Camera Video.

   c. Attached as Exhibit 8C is a true and correct copy of minutes 25:30 through 28:06 of the Brooks Body Camera Video.

   d. Attached as Exhibit 8D is a true and correct copy of minutes 32:50 through 33:05 of the Brooks Body Camera Video.

   e. Attached as Exhibit 8E is a true and correct copy of minutes 33:00 through 35:00 of the Brooks Body Camera Video.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on this 10TH day of December, 2020, in EUGENE, Oregon.

_Jason Wade_

Page 4 -  Declaration of Jason Wade in Support of Defendants' Motion for Summary Judgment

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Declaration of Jason Wade in Support of Defendants' Motion for Summary Judgment:

James-Brent: Alvarez
c/o 30924 Kenady Lane
Cottage Grove, Oregon  97424
jb22.1978.008@gmail.com

*Plaintiff Pro Se*

by the following indicated method or methods on the date set forth below:

☐ **CM/ECF system transmission.**

☐ **E-mail.** As required by LR 5-9, any interrogatories, requests for production, or requests for admission were e-mailed in Word or WordPerfect format, not in PDF, unless otherwise agreed to by the parties.

☒ **E-mail** (per agreement to service by e-mail)**.**

☐ **Facsimile communication device.**

☐ **First-class mail, postage prepaid.**

☐ **Hand-delivery.**

☐ **Overnight courier, delivery prepaid.**

DATED this 29th day of January, 2021.

s/ *Iván Resendiz Gutierrez*
Iván Resendiz Gutierrez, OSB No. 154617
*Attorneys for Defendants*

4843-0271-5600.2

Page 1 -   Certificate of Service

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204