

# DEPARTMENT TRAINING PLAN

Chief Matthew E. Carmichael

**Exhibit 3**
**Page 1 of 38**

# Contents

Mission Statement ................................................................................................................ 5

PURPOSE: .......................................................................................................................... 5

TRAINING CATAGORIES ...................................................................................................... 6

    Level 1 - Mandatory .......................................................................................................... 6

    Level 2 – Essential ............................................................................................................ 6

    Level 3 – Desirable ........................................................................................................... 7

LAW ENFORCEMENT PROFESSIONAL TRAINING .................................................................. 7

    LEADERSHIP TRAINING..................................................................................................... 9

EMPLOYEE PROFESSIONAL DEVELOPMENT PLAN .............................................................. 10

TRAINING ASSIGNMENT ................................................................................................... 10

TRAINING MANAGEMENT SOFTWARE .............................................................................. 10

IN-SERVICE TRAINING ...................................................................................................... 11

ANNUAL REVIEW .............................................................................................................. 12

COMMUNITY BASED EDUCATION (CBE) ............................................................................ 12

    Understanding Implicit Bias ........................................................................................... 12

    Glide Leadership Training ............................................................................................... 14

    DE-ESCALATION TRAINING ............................................................................................ 14

TRAINING GUIDELINES ..................................................................................................... 14

COMMAND STAFF / ADMINISTRATION .............................................................................. 16

    CHIEF .............................................................................................................................. 17

        Mandatory ................................................................................................................. 17

        Essential .................................................................................................................... 17

        Desirable ................................................................................................................... 17

    CAPTAIN .......................................................................................................................... 18

        Mandatory ................................................................................................................. 18

        Essential .................................................................................................................... 18

        Desirable ................................................................................................................... 18

    EXECUTIVE COORDINATOR (OFFICE OF THE CHIEF) ........................................................ 19

        Mandatory ................................................................................................................. 19

        Essential .................................................................................................................... 19

**Exhibit 3**
**Page 2 of 38**

Desirable .................................................................................................................. 19

CRIMINAL INTELLIGENCE ANALYST / LAW ENFORCEMENT PLANNER ...................................... 20

Mandatory .............................................................................................................. 20

Essential ................................................................................................................. 20

Desirable ................................................................................................................ 20

OPERATIONS DIVISION ................................................................................................... 21

PATROL - SERGEANT ............................................................................................... 22

Mandatory .............................................................................................................. 22

Essential ................................................................................................................. 22

Desirable ................................................................................................................ 22

POLICE OFFICER ...................................................................................................... 23

Mandatory .............................................................................................................. 23

Essential ................................................................................................................. 23

Desirable ................................................................................................................ 23

INVESTIGATIONS UNIT – DETECTIVE SERGEANT .................................................... 24

Mandatory .............................................................................................................. 24

Essential ................................................................................................................. 24

Desirable ................................................................................................................ 24

INVESTIGATIONS UNIT - DETECTIVE ...................................................................... 25

Mandatory .............................................................................................................. 25

Essential ................................................................................................................. 25

Desirable ................................................................................................................ 25

PROPERTY/ EVIDENCE TECHNICIAN ........................................................................ 26

Mandatory .............................................................................................................. 26

Essential ................................................................................................................. 26

Desirable ................................................................................................................ 26

SECURITY AND SPECIAL EVENTS ................................................................................... 27

DIRECTOR ................................................................................................................ 28

Mandatory .............................................................................................................. 28

Essential ................................................................................................................. 28

Desirable ................................................................................................................ 28

**Exhibit 3**
**Page 3 of 38**

COMMUNITY SERVICE SERGEANT ................................................................................. 29

    Mandatory ........................................................................................................... 29

    Essential ............................................................................................................. 29

    Desirable ............................................................................................................. 29

COMMUNITY SERVICE OFFICER ................................................................................... 30

    Mandatory ........................................................................................................... 30

    Essential ............................................................................................................. 30

    Desirable ............................................................................................................. 30

SPECIALITY ASSIGNMENTS ........................................................................................ 31

    DEFENSIVE TACTICS - INSTRUCTOR ......................................................................... 32

        Mandatory ........................................................................................................... 32

        Essential ............................................................................................................. 32

        Desirable ............................................................................................................. 32

    DRIVER TRAINING INSTRUCTOR ............................................................................... 32

        Mandatory ........................................................................................................... 32

        Essential ............................................................................................................. 32

        Desirable ............................................................................................................. 32

    CPR / FIRST-AID / BLOODBORNE PATHOGENS - INSTRUCTOR .................................... 33

        Mandatory ........................................................................................................... 33

        Essential ............................................................................................................. 33

        Desirable ............................................................................................................. 33

    RANGE MASTER/FIREARMS INSTRUCTOR ................................................................. 33

        Mandatory ........................................................................................................... 33

        Essential ............................................................................................................. 33

        Desirable ............................................................................................................. 33

COMMUNICATIONS / RECORDS ................................................................................... 34

    RECORDS SPECIALIST .............................................................................................. 35

        Mandatory ........................................................................................................... 35

        Essential ............................................................................................................. 35

        Desirable ............................................................................................................. 35

    COMMUNICATIONS LEAD ....................................................................................... 35

**Exhibit 3**
**Page 4 of 38**

Mandatory ................................................................................................................. 35

Essential ................................................................................................................. 35

Desirable ................................................................................................................. 36

COMMUNICATIONS OFFICER ................................................................................................ 36

Mandatory ................................................................................................................. 36

Essential ................................................................................................................. 36

Desirable ................................................................................................................. 36

**Exhibit 3**
**Page 5 of 38**

# Mission Statement

The University of Oregon Police Department has an interest and responsibility for continual growth and development of UOPD personnel. Through combined efforts in areas of professional training and personal education, an employee can meet career goals, achieving both professional and personal excellence. By aiding development of personnel, we ensure they possess the knowledge and skills necessary to provide a professional level of service to meet the needs of the community.

# PURPOSE:

The purpose of the UOPD Training Plan:

1. Meet mandated, essential, and desirable training requirements
2. Enhance the level of law enforcement service to the public
3. Increase the technical expertise and overall effectiveness of our personnel
4. Provide for continued professional development of department personnel
5. Promote a philosophy of community policing throughout the department.

This training plan is designed to identify and set priorities for the training needs of every rank/position and task/specialized assignment within the Department. The Plan should be used as an objective tool to assist with bringing uniformity and consistency in training, while providing employees with the greatest opportunity for success. It is a tool to be used by supervisors and managers on a regular basis in their effort to meet training needs of employees and/or evaluating training requests.

The UOPD will strive to use a broad spectrum of training sources for the educational and professional development of employees. Whenever possible, the department will use courses certified by the Department of Public Safety Standards and Training (DPSST)

Furthermore, the UOPD will apply non-traditional immersive methods for educating our personnel on how to best understand and meet the needs of our community.  This style of training mandates our partnership and collaboration with our community.  We intend to learn about our community from members of our community.  It is understood that the training plan does not identify all of the training that will occur for the members of the UOPD. Additionally, it does not guarantee a member will receive all of the training identified for his/her position, with the exception of the training identified as mandatory.

**Exhibit 3**
**Page 6 of 38**

To ensure employee development consistent with the needs of the organization we place an emphasis on three areas:

1. Law Enforcement Professional Training
2. Leadership Training
3. Education
4. Career/Employee Development Plan

This plan is a living document based on the following:

1. Changes to department priorities based on the needs of our community
2. Changes in Federal, State and local legislation
3. Access to updated technologies
4. Requirements of DPSST

The basic purpose of this document is to serve as a flexible guide to assist in bringing professional law enforcement services to the University of Oregon.

## TRAINING CATAGORIES

The following identifies the training categories referenced in this plan. Training needs have been divided into the following three priority levels.

### Level 1 - Mandatory

Statutory/Regulatory training falling under this category is "required" either by statue or by some regulatory agency or organization with authority to set standards for law enforcement. The department shall meet all mandated training standards and requirements.

### Level 2 – Essential

Essential training is training the department has determined necessary for an employee in order to optimize their effectiveness in a particular position or assignment. Unless specifically indicated otherwise in the manual, the department will attempt to give all essential training during the first 24 months of an assignment. In situations where scheduling does not allow the employee to receive the essential training in the first year, an attempt will be made to place the employee in essential training as soon as department staffing and course availability allow.

**Exhibit 3**
**Page 7 of 38**

Level 3 – Desirable

Those training courses listed as desirable are courses or classes that department has determined are most likely to be useful for employees in the indicated positions or assignments. The list of desirable courses is not meant to be all inclusive and employees in any position may receive training other than those indicated as desirable, if specific needs of the employee or the department require it.

## LAW ENFORCEMENT PROFESSIONAL TRAINING

The basic training authorized and mandated by the Oregon Department of Public Safety Standards and Training (DPSST) is the baseline priority of this plan. These courses are available for both sworn and non-sworn personnel, whose job description supports the need for specified or requested training. The UOPD also utilizes various methods to deliver education and training to our staff.  Included in this training is the PoliceOne Academy.

The PoliceOne Academy takes advantage of the latest technology to provide online, video based training to police departments. The Academy offers a wide range of video courses and a robust tracking system to ensure all courses are documented.  More than 1000 video courses covering more than 40 different topic areas are included in the PoliceOne Academy. Some of the areas of interest are firearms, defensive tactics, crime scene investigation, narcotics investigations, corrections, K9, pursuit and report writing.  The PoliceOne Academy training video library includes more than 120 experts from all over the United States. This gives the officers varied perspectives on topics. PoliceOne Academy training is authorized and accredited through DPSST.

The UOPD also utilizes Law Enforcement Professional Training that is not certified by DPSST but meets the needs of our department. This may come in the form of in-house instruction, such as firearms, defensive tactics, support services training, and UO specific training. In-house instruction is the responsibility of and managed by the Professional Standards and Training Captain. This type of training provides "hands-on" continuing professional training to Department employees. All officers are assigned to mandatory training days to update basic training needs. Additional to this category is the use of programs such as Project Implicit and tying UOPD training into the new campus engagement program.

Project Implicit is a non-profit organization and international collaborative network of researchers investigating implicit social cognition - thoughts and feelings outside of conscious awareness and control. Project Implicit is the product of a team of scientists whose research

**Exhibit 3**
**Page 8 of 38**

produced new ways of understanding attitudes, stereotypes and other hidden biases that influence perception, judgment, and action.

Project Implicit translates that academic research into practical applications for addressing diversity, improving decision-making, and increasing the likelihood that practices are aligned with personal and organizational values. The individual member will be provided information as to any potential biases identified in the assessments. With this information training information will be provided directly to the member. The department will not receive direct individual member results. Project Implicit will identify trends or patterns that can provide opportunities for departmental wide training or ideas that need to be addressed.

Understanding biases is the first step in training officers to engage with the campus community. With the University of Oregon campus having a large cultural diversity, the UOPD will focus some of the training efforts on cultural competence. UOPD officers that possess this cultural awareness will better understand the needs of citizens and exhibit actions that take into account the cultural context of their interactions with citizens. UOPD will enlist the assistance of the University community to help with trainings that focus on the different cultures represented on the university campus. This program will have a distinct relationship with the campus engagement model of the operations division.

UOPD also provides daily training bulletins (D.T.B.)'s that are distributed to police officers on a monthly basis. The D.T.B.'s contain a variety of law enforcement information, such as legal updates, policy updates, and policy driven scenario training. The D.T.B. are compiled and provided by Lexipol, who currently provides updates to the department policy manual based upon legal case law and best practices.

Line supervisors provide informal roll-call training to their team of officers. Roll call training topics include but are not limited to practical case law application, equipment proficiency, street tactics, standard operating procedures, video and policy review. Any training that is provided by supervisors having the potential to be informative to other teams of officers can be forwarded to the training unit for dissemination.

**Exhibit 3**
**Page 9 of 38**

LEADERSHIP TRAINING

The role of the first-line supervisor is to produce the actual departmental product/service to members of our community. The supervisors accomplish this task by having direct contact with those department members they supervise to ensure accountability and performance objectives are met. Further, because of the first-line supervisor's close interaction with patrol officers, they are the key element in identifying and reducing potential misconduct incidents within police organizations.

Supervisors must realize that they are a critical part of the management team and, as such, are responsible for maintaining policy and procedure compliance, instilling core values, and presenting/supporting upper management's strategic goals and objectives.

Supervisors first and foremost must be knowledgeable both in procedure and operational skills. First-line supervisors should constantly strive to attain more knowledge through a variety of sources, such as college educational courses, law enforcement research articles, legal briefs/updates and training schools. Knowledge is the key to success, especially in the rapidly changing environment of the police profession.

UOPD will send all supervisors and employees interested in promotion to a supervisor school before they are promoted whenever possible. Once promoted further leadership training will be provided by the department based upon rank and availability of training.

All supervisors of UOPD will be provided memberships with the Oregon Executive Development Institute (OEDI). The OEDI provides training in a variety of leadership programs from leadership during difficult times to liability training. These trainings will be assigned across all division of the department to all supervisors.

When possible, all members of the UOPD will attend a one day leadership symposium hosted at the University of Oregon every 26 months.  Every member of the UOPD is a leader regardless of title or position recognizing that collaboration and inclusion must occur within the organization in order for us to be successful.

**Exhibit 3**
**Page 10 of 38**

## EMPLOYEE PROFESSIONAL DEVELOPMENT PLAN

Professional development for our employees begins when someone joins our Team.  Supported by our mission statement and training plan, new employees embark upon an exciting adventure at the UOPD. Every member of the UOPD in some way supports the professional development of every other member of our team. How we interact with each other plays an important role in our own professional development.

Just as a proactive energetic members of the Team can have a positive impact on other members, so too can detractors in the work place negatively impact us as a Team.  Lastly, this employee professional development plan will be a living document recognizing that community, department, and employee needs will change over time.  This is not a one-time inoculation rather it is a long term commitment to every member of our Team which in turn supports our philosophy of community policing.

## TRAINING ASSIGNMENT

The UOPD's Administrative Division is responsible for coordinating the delivery of professional training to all department personnel. The administrative captain is responsible for the day to day operations of the unit and is directly supervised by the Chief of Police.  The administrative captain is also responsible for ensuring department training is in compliance with DPSST regulations, federal or state statutes, and university policy.

The administrative captain will coordinate scheduled training with the separate division commanders ensuring sufficient notice is consistent with various department CBA(s). The administrative captain or designee will coordinate with FASS to make all travel arrangements, including class reservations and any applicable hotel, airline or car reservations, and will verify all of the necessary paperwork for financial requirements of the UO. The administrative captain will notify each employee as soon as possible of scheduled training.

## TRAINING MANAGEMENT SOFTWARE

This is a computer software program utilized by the training captain to track all departmental training. It is important that notification and documentation of all training be forwarded to the training unit to ensure proper documentation. Training documentation should be scanned if possible and then emailed to the captain. This allows for the Administrative Division to conduct Training Plan and DPSST training compliance reports for all employees. With this capability, the

**Exhibit 3**
**Page 11 of 38**

Training Captain can identify training deficiencies according to the Training Plan and make adjustments as needed.


## IN-SERVICE TRAINING

Every year the training unit will convene a training committee comprised of multiple members from across the department. This training committee will review and make recommendations for the department's in-service training for the upcoming year. The training will be comprised of topics that are both required by maintenance of certification needs, current community based concerns, and any operational needs brought forth by command staff.  This in-service training also takes into account any recommendations made by the University of Oregon Complaint Resolution Committee.  The UOPD policy manual identifies the following policies that have specific training requirements:

1.  Control Devices & Techniques
2.  Firearms & Qualification
3.  Vehicle Pursuits
4.  Search & Seizure
5.  Discriminatory Harassment
6.  Child Abuse
7.  Reporting Missing Persons
8.  Communications with Persons with Disabilities
9.  Child & Dependent Adult Safety
10. Public Safety Camera System
11. Racial- or Bias-Based Profiling
12. Mental Illness
13. Mobile Audio Video/Body Cameras
14. Impaired Driving
15. Custody Searches
16. Crisis Intervention Team
17. Brady Material Disclosure
18. Evaluation of Employees
19. Communicable Diseases
20. Body Armor
21. Employee Involved Domestic Violence
22. Employee Speech, Expression & Social Networking

**Exhibit 3**
**Page 12 of 38**

## ANNUAL REVIEW

The training unit will conduct an annual training-needs assessment of the police department. The needs assessment will be reviewed by the police department's command staff. Upon approval, the needs assessment will form the basis for the training plan for the fiscal year.

## COMMUNITY BASED EDUCATION (CBE)

All members of the UOPD will participate in the CBE to ensure community based policing permeates the entire organization. This non-traditional training method provides members of the police department to learn about our community from our community. CBE promotes effective cross-cultural communication required in everyday interactions for providing service to, and making connections with, our diverse community here at the University of Oregon.

This program resides in the training unit and is managed by a University of Oregon student assistant to the Chief of Police. This ensures outreach is successfully including as many community members as possible. This type of training is completed during roll call but can consist of specified dates and times outside of roll call. Community training will include but is not limited to the following:

1. Introduction to my community
2. Recognize the historical community relationship with police
3. My perspective on how police can better serve my community

### Understanding Implicit Bias

How can someone's race, sex, age, and other characteristics influence the way we see and treat them even when we are genuinely trying to be unbiased? What concrete steps can we take to help prevent this from happening? To help answer these questions, all members of the UOPD will attend this workshop presented by Dr. Erik Girvan, Associate Professor from the Knight Law School. This workshop introduces the concept of implicit bias. Through a mix of short presentations, lively activities, and discussions, we will explore some harmful side effects of how our brains naturally perceive, categorize, and draw inferences about the world, including other people. We will also examine when this kind of bias is most likely to occur. And we will talk about what practical steps we can all take to try to reduce or eliminate it as well as what has been shown not to work.

Tools for Identifying Implicit Bias: Awareness of Common Shortcuts

Short cuts can lead to biased assessments (either positive or negative) in evaluation if we are not motivated to avoid them and skilled in doing so. These shortcuts can lead to erroneous

**Exhibit 3**
**Page 13 of 38**

conclusions that candidates are unqualified or a bad fit. They can also adversely affect the fairness and equity of a review process.

Snap Judgments – Making judgments about the candidate with insufficient evidence. Dismissing a candidate for minor reasons or labeling a candidate "the best" and ignoring positive attributes of the other candidates. Having a covert agenda furthered by stressing something trivial or focusing on a few negatives rather than the overall qualifications. Often occurs when the hiring or review process feels rushed.

Elitist Behavior (also called "Raising-the-Bar") – Increasing expectations for women and underrepresented minority candidates because their competency doesn't strike committee members as trustworthy. Downgrading the qualifications of women and minorities, based on accent, dress, and demeanor. In short, uneven expectations based on a candidate's social identity.

Negative Stereotypes – Characterized by presumptions of incompetence. Research shows that the work of women and underrepresented minorities is scrutinized much more than majority faculty, at all stages of an academic career.

Positive Stereotypes – Dominant group members are automatically presumed to be competent. Such a member receives the benefit of the doubt, negative attributes are glossed over and success is assumed. Also called the "original affirmative action" because dominant group members are automatically presumed qualified and thereby given an unearned advantage.

Cloning – Replicating oneself by hiring someone with similar attributes or background. Also refers to undervaluing a candidate's research because it is not familiar, as well as expecting candidates to resemble someone whom the search committee is replacing. Cloning limits the scope and breadth of approaches and perspectives in research, teaching and service.

Good Fit/Bad Fit – While this judgment may be about whether the person can meet the programmatic needs for the position, it often is about how comfortable and culturally at ease one feels with her/him.

Wishful Thinking – Insisting racism, sexism, and other forms of prejudice no longer exist.

Euphemized Bias

Visionary: Members of dominant groups are evaluated based on their potential whereas underrepresented groups are judged on their accomplishments and their track record only. For example: "He has vision" or "She lacks vision."

Star: Used when the speaker is an infatuated fan of the candidate under consideration. (For example: "It's clear he's a rock star"). Others should ask the speaker to explain his/her use of the term and support it with evidence.

**Exhibit 3**
**Page 14 of 38**

Committed, single-minded focus or hard-worker: These terms could be used to exclude those who have demanding family commitments, cloaking a bias against care-givers.

## Glide Leadership Training

First Responders and Criminal Justice Professionals through hands-on training will explore the true meaning of compassionate and empathetic service to others. In a common scenario, an officer is dispatched to a report of a homeless person who is sleeping outside of a business and who the business owner wants removed. Reflect for a moment on what training, empathy and problem solving ability you would want that officer to have? What messages and directives does he or she get from the agency and leadership for whom they are employed? What opportunities are there for creative partnerships and different problems solving approaches? How can a community's public safety and civic leaders ensure that the policies and practices it adopts to address these issues are effective and humane?  Equally important is the need to know and understand our communities.  De-escalation techniques rely on our understanding our diverse community.  https://center.uoregon.edu/uosafety/2018Leadership/

## DE-ESCALATION TRAINING

The UOPD will train our members on techniques focusing on de-escalation tactics. De-escalation training teaches officers to slow down, create space, and use communication techniques to defuse a potentially dangerous situation. De-escalation training provides officers with strategies to calmly deal with people who are experiencing mental and emotional crises.

The UOPD will be using the Police Executive Research Forum (PERF):  Integrating Communications, Assessment, and Tactics (ICAT) training modules. PERF with input from hundreds of police professionals from across the United States, ICAT takes the essential building blocks of critical thinking, crisis intervention, communications, and tactics, and puts them together in an integrated approach to training.

The training will consist of 10 hours of classroom and lecture training with up to an additional 8 hours of scenario based training.

This is the PERF website: http://www.policeforum.org

## TRAINING GUIDELINES

The following training guidelines are being established to allow the UOPD to maximize training resources and effectiveness.

1. Whenever possible, department personnel should be sent to DPSST approved and reimbursed courses.

**Exhibit 3**
**Page 15 of 38**

2. Personnel with multiple special assignments will receive all mandated training, and to the extent possible, the entire essential training for all special assignments and duties.

3. Personnel will only be sent to out-of-state classes when similar training is unavailable in Oregon or when it is less expensive out-of-state for similar courses within Oregon.

4. Classes should be scheduled (whenever possible) so on-duty personnel are used to replace the employee who is training, lessening overtime impact.

5. The department will maintain in-house instructors in the areas of Firearms, Defensive Tactics, Taser, Emergency Vehicle Operations, CPR/First Aid, RAD, and less-lethal devices and munitions, approved by the Chief of Police. Those instructors will attend instructor courses authorized either by DPSST or by the manufacturer of the product.

6. Members attending department sponsored training will conduct themselves in a professional manner at all times.  Business casual or uniform will be required for those attending training.  A department provided polo shirt would qualify as business casual.

**Exhibit 3**
**Page 16 of 38**

COMMAND STAFF / ADMINISTRATION

**Exhibit 3**
**Page 17 of 38**

CHIEF

## Mandatory

1. DPSST Certification Maintenance      84 hours every 3 years (with 8 hours of CORE)
2. DPSST Executive Certification Maintenance  24 hours every 3 years
3. First Aid/CPR Refresher        2-4 hours annually
4. ICS 100, 200, 700, 800, 300, and 400 Varies
5. Executive Level Training        100 hours in the first 5 years FBI National Academy
6. Oregon Executive Development Institute
7. Northwest Leadership
8. Executive Development Seminar Civil Liability / Risk Management

## Essential

1. Oregon Association of Chiefs of Police Conference
2. IACLEA Executive Development Institute
3. Budget
4. Crisis Intervention Team Training
5. Northwestern University Center for Public Safety School of Police Staff and Command or Southern Police Institute Command Officers Development Course

## Desirable

1. Strategic Planning
2. AWR-219 SPOT Train the Trainer
3. L.E.E.D.A. Command College
4. POST Command College

**Exhibit 3**
**Page 18 of 38**

CAPTAIN

## Mandatory

1. DPSST Certification Maintenance      84 hours every 3 years (with 8 hours of CORE)
2. DPSST Management Certification Maintenance      24 hours every 3 years
3. Leadership Course      40 hours within first year
4. First Aid/CPR Refresher      2-4 hours annually
5. AWR-219 SPOT Train the Trainer
6. ICS 100, 200, 700, 800, 300, and 400 Varies

## Essential

1. Officer Involved Shootings
2. Ethics in Police Management
3. Community Oriented Policing Programs
4. Civil Liability Training
5. Internal Affairs Training
6. Custodian of Records
7. Crisis Intervention Team Training
8. Northwestern University Center for Public Safety School of Police Staff and Command or Southern Police Institute Command Officers Development Course
9. Legal Updates (Brady Issues, Constitutional Law, Collective Bargaining)

## Desirable

1. Budgeting Course
2. SPI Command Officers Development Course
3. DPSST Adv. Management Courses
4. Strategic Planning
5. F.B.I. L.E.E.D.A. Command College
6. Recruiting, Hiring & Retention
7. Training Managers Course
8. International Public Safety Leadership and Ethics Institute
9. Managing Police Discipline

**Exhibit 3**
**Page 19 of 38**

EXECUTIVE COORDINATOR (OFFICE OF THE CHIEF)

## Mandatory

1. Public Notary  16 hours within first year
2. Public Notary Recertification  Every 3 years
3. Executive Support Course      Variable
4. First Aid/CPR
5. Oregon Executive Development Institute          40 hours

## Essential

1. Microsoft Office Suite (Word, Excel, Access, etc.) Varies
2. Public Records Act      16 hours
3. Customer Service      Varies

## Desirable

1. Mistake Free Grammar        Varies
2. Communications        Varies
3. Advanced Microsoft Office    Varies
4. Tabletop Publishing    Varies

**Exhibit 3**
**Page 20 of 38**

CRIMINAL INTELLIGENCE ANALYST / LAW ENFORCEMENT PLANNER

## Mandatory

1. Clery Act Compliance Training          40 hours
2. Clery Act Records Management and Retention        1 hour
3. Basic Criminal Intelligence Analysis    40 hours

## Essential

1. Public Records Act
2. Customer Service
3. Annual Security Report Workshop
4. Clery Act Updates
5. International Association of Crime Analyst Certification

## Desirable

1. Mistake Free Grammar
2. Communications
3. Advanced Microsoft Office
4. Tabletop Publishing

**Exhibit 3**
**Page 21 of 38**

OPERATIONS DIVISION

**Exhibit 3**
**Page 22 of 38**

PATROL - SERGEANT

## Mandatory

1. Supervisory Course     40 hours within first year
2. DPSST Certification Maintenance      84 hours every 3 years (with 8 hours of CORE)
3. DPSST Supervisor Certification Maintenance 24 hours every 3 years
4. Racial Profiling 2 hours every 5 years
5. Clery Training  2 hours
6. Title IX Orientation     1 hour
7. ICS 100, 200, 700, 800, 300, 400        Varies

## Essential

1. Intoxiliyzer Certification     8 hours
2. Taser Certification     16 hours + 2 hours yearly
3. Interview / Interrogation Training     40 hours
4. Crisis Intervention Training     40 hours
5. Clery Updates 2 hours
6. You Have Options Training     2 hours
7. Crucial Conversations 12-16 hours
8. Officer Involved Shootings     16 hours
9. Special Events Training (NCS4)        Variable
10. PTO Training    Variable
11. International Public Safety Leadership and Ethics Institute

## Desirable

1. Supervisor Leadership Institute
2. Advanced Supervision Course
3. Report Writing for Instructors
4. Dealing with Problem Personnel
5. Police Liabilities
6. Applied Ethics

**Exhibit 3**
**Page 23 of 38**

POLICE OFFICER

## Mandatory

1. Basic Academy or PCOD completion  640 hours minimum
2. PTO Program   Varies
3. First Aid/CPR Refresher       2-4 hours annually
4. DPSST Certification Maintenance     84 hours every 3 years (with 8 hours of CORE)
5. Racial Profiling/Bias Based Policing   2 hours every 5 years
6. Clery Training  2 hours
7. Title IX Orientation    1 hour
8. ICS 100, 200, 700, and 800     Varies
9. Blood borne Pathogens        1 hour

## Essential (1-3 years patrol experience)

1. Intoxiliyzer Certification       8 hours
2. Taser Certification     16 hours + 2 hours yearly
3. Interview / Interrogation Training     40 hours
4. Crisis Intervention Training     40 hours
5. Clery Updates  2 hours
6. You Have Options Training     2 hours
7. Crucial Conversations 12-16 hours
8. Special Events Training (NCS4)        Variable
9. Crisis Intervention Team Training     Variable

## Desirable (1-5 years of patrol experience)

1. Legal Update
2. Ethics
3. Report Writing
4. Advanced Roadside Impaired Driving Enforcement
5. Community Oriented Problem Solving
6. Officer Safety/Officer Survival Course
7. Variable Instructor Certifications
8. PTO Officer Training
9. Other opportunities as defined by Career Development Program

**Exhibit 3**
**Page 24 of 38**

INVESTIGATIONS UNIT – DETECTIVE SERGEANT

Mandatory See "SERGEANT" requirements under Operations Division

1. Sexual Assault Investigations  24 hours within 1 year
2. Introduction to the Forensic Experiential Trauma     16 hours Interview Sexual Assault Investigative Response
3. You Have Options Training     24 hours


Essential

1. Basic Investigations Course    40 hours
2. Interviewing Child Victims & Suspects         24-40 hours
3. Search Warrants        8-24 hours
4. Interview / Interrogation Training    40 hours
5. Crisis Intervention Training    40 hours
6. Clery Updates 2 hours
7. You Have Options Training    2 hours
8. Crisis Intervention Team Training     Variable


Desirable

1. Interview & Interrogation Course    24 hours
2. Legal Update  24 hours
3. Evidence Collection & Handling        8-40 hours
4. Officer Involved Shootings    16 hours
5. Computer Forensics    40 Hours
6. Internet Fraud 8-24 hours
7. Economic Crimes Investigation        40 hours
8. Legal Update  24-40 hours
9. Homicide Investigation Course     80 hours
10. Threat Assessment Conference     24-40 hours
11. Domestic Violence Investigation     24-40 hours
12. Evidence Collection & Handling     8-40 hours
13. Legal Update  32 hours
14. Field Evidence Technician Course     80 hours
15. Forensic Photography 40 hours
16. Diagramming  40 hours
17. Blood Splatter Interpretation 40 hours
18. Laser Measurements  40 hours

**Exhibit 3**
**Page 25 of 38**

19. Alternate Light Source          24-40 hours
20. Trace Evidence Collection      24-40 hours
21. Advanced Field Evidence Technician  40-80 hours


INVESTIGATIONS UNIT - DETECTIVE


Mandatory See "POLICE OFFICER" requirements under Operations Division

1.  Sexual Assault Investigations  24 hours within 1 year
2.  Introduction to the Forensic Experiential Trauma    16 hours Interview Sexual Assault
    Investigative Response
3.  You Have Options Training     24 hours


Essential
1.  Basic Investigations Course    40 hours
2.  Interviewing Child Victims & Suspects          24-40 hours
3.  Search Warrants        8-24 hours
4.  Interview / Interrogation Training     40 hours
5.  Crisis Intervention Training    40 hours
6.  Clery Updates  2 hours
7.  You Have Options Training    2 hours
8.  Crisis Intervention Team Training     Variable


Desirable
1.  Interview & Interrogation Course     24 hours
2.  Legal Update  24 hours
3.  Evidence Collection & Handling        8-40 hours
4.  Officer Involved Shootings     16 hours
5.  Computer Forensics   40 Hours
6.  Internet Fraud 8-24 hours
7.  Economic Crimes Investigation       40 hours
8.  Legal Update   24-40 hours
9.  Homicide Investigation Course       80 hours
10. Threat Assessment Conference       24-40 hours
11. Domestic Violence Investigation      24-40 hours
12. Evidence Collection & Handling       8-40 hours
13. Legal Update   32 hours

**Exhibit 3**
**Page 26 of 38**

14. Field Evidence Technician Course    80 hours
15. Forensic Photography 40 hours
16. Diagramming   40 hours
17. Blood Splatter Interpretation 40 hours
18. Laser Measurements   40 hours
19. Alternate Light Source        24-40 hours
20. Trace Evidence Collection    24-40 hours
21. Advanced Field Evidence Technician  40-80 hours


PROPERTY/ EVIDENCE TECHNICIAN


Mandatory
1.  IAPE Certification Course    16 hours every 5 Years
2.  First Aid/CPR  2-4 hours annually
3.  Blood borne Pathogens       Annually


Essential
1.  Field Evidence Technician Course    80 hours
2.  Forensic Photography 40 hours
3.  Diagramming   40 hours
4.  Cellular Phone Forensics       40 hours


Desirable
1.  Blood Splatter Interpretation
2.  Laser Measurements
3.  Alternate Light Source
4.  Trace Evidence Collection
5.  Advanced Field Evidence Technician
6.  Verbal Judo
7.  Dealing with Difficult People
8.  Basic Traffic Accident Investigation
9.  Collection of Evidence
10. Basic Community Oriented Policing
11. Photography Course
12. Fingerprint Comparisons Latent Course

**Exhibit 3**
**Page 27 of 38**

SECURITY AND SPECIAL EVENTS

**Exhibit 3**
**Page 28 of 38**

DIRECTOR

## Mandatory

1. DPSST Unarmed Security Certification        14 hours
2. DPSST Executive Manager      8 hours
3. Title IX 1 hour
4. First Aid/CPR   4 hours
5. Blood borne Pathogens        1 hour
6. AWR-219 SPOT Train the Trainer
7. Clery   1 hour
8. ICS 100, 200, 700, and 800     Varies
9. Supervision Course I: Strategic Supervision   9 hours

## Essential

1. Defensive Tactics        8 hours
2. OC Certification        8 hours
3. Leadership in Student Supervision    4 hours
4. WAVR-21, Structured Guide for Assessment of        24 hours
5. Workplace and Campus Violence Risk
6. ASIS Certified Protection Professional        40 hours
7. Community Policing Through Environmental Design (CPTED)        40 hours
8. International Association of Venue Managers (IVAM)        40 hours

## Desirable

1. TEEX MGT 404 Special Events Incident Mgt.  24 hours
2. University of Oregon Managers Course      40 hours
3. AWR 213 Critical Infrastructure Security        8 hours and Resilience
4. TEEX MGT 414 Advanced Critical        24 hours Infrastructure Protection
5. TEEX MGT 440 Enhanced Sports and 24 hours
6. Special Events Incident Mgt

**Exhibit 3**
**Page 29 of 38**

COMMUNITY SERVICE SERGEANT

## Mandatory

1. DPSST Unarmed Security Certification        14 hours
2. DPSST Security Manager        8 hours
3. DPSST Unarmed Security Trainer        16 hours
4. First Aid/CPR   4 hours
5. Blood borne Pathogens        1 hour
6. Clery    1 hour
7. AWR-219 SPOT Train the Trainer
8. ICS 100, 200, 700, and 800     Varies
9. Title IX 2 hour

## Essential

1. Defensive Tactics        8 hours
2. NCS4 Certifications     Variable
3. OC Certification        8 hours
4. Supervision Course I: Strategic Supervision   9 hours
5. Leadership in Student Supervision     4 hours
6. ASIS Certified Protection Professional        40 hours
7. WAVR-21, Structured Guide for Assessment of        24 hours Workplace and Campus Violence Risk
8. Community Policing Through Environmental 40 hours Design (CPTED)
9. International Association of Venue   40 hours Managers (IVAM)
10. Department of Homeland Security    Variable Screening of Passengers and Training Techniques
11. Crisis Intervention Team Training      Variable

## Desirable

1. TEEX MGT 404 Special Events Incident Mgt.  24 hours
2. University of Oregon Managers Course        40 hours
3. AWR 213 Critical Infrastructure Security      8 hours
4. Infrastructure Protection
5. Special Events Incident Mgt

**Exhibit 3**
**Page 30 of 38**

COMMUNITY SERVICE OFFICER

## Mandatory

1. DPSST Unarmed Security Certification        14 hours
2. First Aid/CPR   4 hours
3. Blood borne Pathogens        1 hour
4. CSOTO
5. Clery/Title IX   1 hour
6. ICS 100, 200, 700, and 800    Varies

## Essential

1. Defensive Tactics       8 hours
2. Bicycle Patrol  16 hours
3. OC Certification        8 hours
4. Crisis Intervention Team Training     Variable

## Desirable

1. DPSST Unarmed Security Trainer     16 hours
2. Leadership in Student Supervision    4 hours

**Exhibit 3**
**Page 31 of 38**

SPECIALITY ASSIGNMENTS

**Exhibit 3**
**Page 32 of 38**

DEFENSIVE TACTICS - INSTRUCTOR

## Mandatory
1. Defensive Tactics Instructor   40-80 hours
2. Defensive Tactics Instructor Update  16 hours after 3 years

## Essential
1. Use of Force Management - Liability  24 hours
2. Use of Force Updates  8 hours

## Desirable
1. Master Instructor Development Course      40 hours

DRIVER TRAINING INSTRUCTOR

## Mandatory
1. Driver Training Instructor Course      40 hours
2. Driver Training Instructor Update      24 hours every 3 yrs

## Essential
1. Police Pursuit Liability  8 hours
2. Driver Awareness Instructor   24 hours

## Desirable
1. Driver Training PIT Instructor  8 hours
2. Police Vehicle Pursuits      32 hours
3. Train the Trainer      40 hours

**Exhibit 3**
**Page 33 of 38**

CPR / FIRST-AID / BLOODBORNE PATHOGENS - INSTRUCTOR

## Mandatory
1. Facilitators Course      40 hours
2. CPR / First-Aid / Blood Borne Pathogens Instructor Course  24 hours

## Essential
1. CPR / First-Aid / Blood Borne Pathogens Instructor - Update      8 hours

## Desirable
1. Train the Trainer      40 hours

RANGE MASTER/FIREARMS INSTRUCTOR

## Mandatory
1. Firearms Instructor     40 hours

## Essential
1. Certified Range Master Course       40-80 hours

## Desirable
1. Glock Armorer School
2. Master Firearms Instructor
3. AR-15 Armorer School
4. Shotgun Armorer School

**Exhibit 3**
**Page 34 of 38**

COMMUNICATIONS / RECORDS

**Exhibit 3**
**Page 35 of 38**

RECORDS SPECIALIST

## Mandatory
1. LEDS/ CJIS Training    24 hours bi-annually
2. FERPA  2 hours annually
3. Records Management Training       16 hours

## Essential
1. Records Clerk Course
2. Computer Software Users Course
3. Public Records Act

## Desirable
1. Seminars, Classes, workshops, pertaining to law Enforcement record keeping, computer operation, Public relations

COMMUNICATIONS LEAD

## Mandatory
1. DPSST Basic Telecommunications    80 hours
2. First Aid & CPR        4 hours annually
3. L.E.D.S. Recertification        4 hours every 2 years
4. Supervisory Course    40 hours

## Essential
1. Effective Management Communications
2. Staffing/Scheduling Course
3. FERPA Training
4. Dispatcher Center Liability
5. Crisis Intervention Training
6. Dispatcher's Role in Officer Safety
7. Customer Service
8. Sexual Assault Training
9. Suicide Intervention – Suicidal Callers

**Exhibit 3**
**Page 36 of 38**

## Desirable

1. Conflict Resolution Training
2. Dealing with Difficult People
3. Budgeting (Planning and Preparation)
4. Adult Training Techniques
5. Performance Appraisal Training
6. Civil Liability Information Class
7. Stress Management
8. Domestic Abuse
9. Critical Incident Stress
10. Shots Fired Officer Down
11. Dealing with Difficult People
12. Terrorism and the Telecommunicator


COMMUNICATIONS OFFICER


## Mandatory

1. DPSST Basic Telecommunications     80 hours
2. First Aid & CPR         4 hours annually
3. L.E.D.S. Recertification         4 hours every 2 years


## Essential

1. FERPA Training
2. PTO Program
3. Dispatcher Center Liability
4. Crisis Intervention Training
5. Dispatcher's Role in Officer Safety
6. Customer Service
7. Sexual Assault Training
8. Suicide Intervention – Suicidal Callers


## Desirable

1. Stress Management
2. Domestic Abuse
3. Critical Incident Stress
4. Shots Fired Officer Down

**Exhibit 3**
**Page 37 of 38**

5.  Dealing with Difficult People
6.  Terrorism and the Telecommunicator

**Exhibit 3**
**Page 38 of 38**