| Seq # | Local Time [dd:mm::yyyy Hr:min:Sec] | Event [Event Type] | Cartridge Information [Bay:length in feet/status] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|---|
| 1863 | 07 Jan 2019 14:24:36 | Safe | C1: 25' Standard<br>C2: 25' Standard | 8<br>8 | 26<br>26 | 25<br>25 |
| 1864 | 08 Jan 2019 07:19:25 | Armed | C1: 25' Standard<br>C2: 25' Standard |  | 18<br>18 | 25<br>25 |
| 1865 | 08 Jan 2019 07:19:36 | Arc | C1: 25' Standard<br>C2: 25' Standard | 5<br>5 |  | 25<br>25 |
| 1866 | 08 Jan 2019 07:19:44 | Safe | C1: 25' Standard<br>C2: 25' Standard | 19<br>19 | 20<br>20 | 25<br>25 |
| 1867 | 10 Jan 2019 16:25:18 | Armed | C1: 25' Standard<br>C2: 25' Standard |  | 18<br>18 | 25<br>25 |
| 1868 | 10 Jan 2019 16:25:18 | Arc | C1: 25' Standard<br>C2: 25' Standard | 5<br>5 |  | 25<br>25 |
| 1869 | 10 Jan 2019 16:25:25 | Safe | C1: 25' Standard<br>C2: 25' Standard | 7<br>7 | 19<br>19 | 25<br>25 |
| 1870 | 10 Jan 2019 21:32:34 | Armed | C1: 25' Standard<br>C2: 25' Standard |  | 23<br>23 | 25<br>25 |
| 1871 | 10 Jan 2019 21:32:35 | Safe | C1: 25' Standard<br>C2: 25' Standard | 1<br>1 | 23<br>23 | 25<br>25 |
| 1872 | 13 Jan 2019 11:32:59 | Armed | C1: 25' Standard<br>C2: 25' Standard |  | 16<br>16 | 24<br>24 |
| 1873 | 13 Jan 2019 11:33:00 | Arc | C1: 25' Standard<br>C2: 25' Standard | 5<br>5 |  | 24<br>24 |
| 1874 | 13 Jan 2019 11:33:06 | Safe | C1: 25' Standard<br>C2: 25' Standard | 7<br>7 | 17<br>17 | 24<br>24 |
| 1875 | 14 Jan 2019 07:29:16 | Armed | C1: 25' Standard<br>C2: 25' Standard |  | 16<br>16 | 24<br>24 |
| 1876 | 14 Jan 2019 07:29:17 | Arc | C1: 25' Standard<br>C2: 25' Standard | 5<br>5 |  | 24<br>24 |
| 1877 | 14 Jan 2019 07:29:23 | Safe | C1: 25' Standard<br>C2: 25' Standard | 7<br>7 | 18<br>18 | 24<br>24 |
| 1878 | 15 Jan 2019 07:21:50 | Armed | C1: 25' Standard<br>C2: 25' Standard |  | 18<br>18 | 24<br>24 |
| 1879 | 15 Jan 2019 07:21:51 | Arc | C1: 25' Standard<br>C2: 25' Standard | 5<br>5 |  | 24<br>24 |
| 1880 | 15 Jan 2019 07:21:59 | Safe | C1: 25' Standard<br>C2: 25' Standard | 9<br>9 | 18<br>18 | 24<br>24 |
| 1881 | 15 Jan 2019 12:39:33 | Armed | C1: 25' Standard<br>C2: 25' Standard |  | 17<br>17 | 24<br>24 |
| 1882 | 15 Jan 2019 12:39:35 | Trigger | C1: Deployed | 5 |  | 24 |
| 1883 | 15 Jan 2019 12:39:35 | Trigger | C2: Deployed | 5 |  | 24 |
| 1884 | 15 Jan 2019 12:40:13 | SPPM EOT | SPPM End of Transmission |  |  |  |
| 1885 | 15 Jan 2019 12:41:04 | Safe | C1: Deployed<br>C2: Deployed | 91<br>91 | 21<br>21 | 23<br>23 |
| 1886 | 15 Jan 2019 13:42:45 | Armed | C1: 25' Standard<br>C2: 25' Standard |  | 15<br>15 | 23<br>23 |
| 1887 | 15 Jan 2019 13:42:47 | Arc | C1: 25' Standard<br>C2: 25' Standard | 5<br>5 |  | 23<br>23 |
| 1888 | 15 Jan 2019 13:42:53 | Safe | C1: 25' Standard<br>C2: 25' Standard | 8<br>8 | 15<br>15 | 23<br>23 |
| 1889 | 15 Jan 2019 18:33:55 | USB |  |  |  | 0 |
| 1890 | 15 Jan 2019 18:34:22 | Time Sync | From '15 Jan 2019 18:34:22' to '15 Jan 2019 18:34:04' |  |  |  |