# EXHIBIT 5

Video Recording by UOPD Corporal Steven Barrett's body-worn camera from January 15, 2019 Traffic Stop

# Conventionally Filed