# EXHIBIT 6

Video Recording by UOPD Officer Luke Sitts's
body-worn camera
from January 15, 2019 Traffic Stop

# Conventionally Filed