# EXHIBIT 7

Video Recording by UOPD Officer Luke Sitts's patrol car's in-car camera and mobile audio video from January 15, 2019 Traffic Stop

# Conventionally Filed