# EXHIBIT 8

Video Recording by UOPD Officer Geri Brooks's body-worn camera from January 15, 2019 Traffic Stop

# Conventionally Filed